## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

| | | |
|---|---|---|
| MICHAEL T. FLYNN, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: _____ |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| EVERETT STERN, an individual, | ) | **DEMAND FOR A JURY** |
| | ) | **TRIAL** |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

1.     Defendant Everett Stern is a politician who habitually and continually lies about his own checkered past and the record of an American hero, Lieutenant General Michael T. Flynn (ret.) ("Gen. Flynn").

2.     Stern contrived a public persona as the "whistleblower" who worked with the CIA to bring down a "terrorist and drug cartel financing operation" at HSBC. This resulted in a $1.92 billion fine of the bank and Stern considering and calling himself a "hero." Stern has traded on this lie for years. He is now at it again, this time propping himself up at the expense of an *actual* American hero, Gen. Flynn.

3.     In a malicious attempt to smear Gen. Flynn—a man he proclaims to hate—and raise his own public profile, Stern has spread pernicious lies about Gen. Flynn, accusing him of committing treason, extortion, and domestic terrorism. Like before, Stern pretends to be a spy and a whistleblower, and like

before, his lies are self-serving and self-promoting. Gen. Flynn now seeks to hold Stern accountable for his malicious and knowing lies.

## Parties

4.      Lt. Gen. Michael T. Flynn (ret.) is an individual who is a resident and citizen of the State of Florida.

5.      Everett Stern ("Defendant") is an individual who is a resident and citizen of the Commonwealth of Pennsylvania.

## Jurisdiction and Venue

6.      This Court has subject matter jurisdiction over this cause of action pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

7.      Defendant is subject to personal jurisdiction in Florida, pursuant to Florida's long-arm statute, Fla. Stat. § 48.193, because a third party in Florida accessed the defamatory material and it was directed at a Florida resident.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this claim occurred in this judicial district. Specifically, the defamation, which is the basis of this lawsuit, was published in the Middle District of Florida in addition to all over the world. Over 10 million people—more than 55 percent of the State's population—reside within the Middle District, thus making the alleged defamatory statements in

2

this venue highly significant. Gen. Flynn is a resident of Sarasota County and is domiciled in the Middle District of Florida. Defendant's Tweets and YouTube statements were directed at Gen. Flynn and his family in Florida and at Middle District of Florida residents who did in fact view and hear Defendant's defamatory statements.

## Factual Background

### Background of General Flynn

9.      Gen. Flynn has dedicated his life to serving and protecting the United States. He served more than thirty-three (33) years in the United States Army, rising to the rank of Lieutenant General, and served as Assistant Director of National Intelligence in the Office of the Director of National Intelligence and as the 18th Director of the Defense Intelligence Agency.

10.     Gen. Flynn has become a staunch advocate for the preservation of American values and election integrity. Gen. Flynn recently began and unveiled a bi-partisan election integrity initiative called "The America Project," which is designed to train election monitors as well as educate the public on election reform issues.

*Defendant's History of Pretending to Be a Spy*

11.     Defendant has made a lucrative career out of pretending to be a spy and the "whistleblower" whose insider "intelligence" caused HSBC to be fined $1.92 billion.

12.     Defendant—whose application to the CIA in college was rejected and who has no professional experience in intelligence, law enforcement, or military—created his own so-called "Private Intelligence Agency," where he titled himself "Intelligence Director." On his prominently-featured profile page, Defendant claims that "he discovered his then employer, HSBC Bank, was aiding terrorist groups and drug dealers," and that "he turned to the CIA and eventually brought down the illegal operation, resulting in an almost $2 billion fine."[1]

13.     Defendant—whose sole finance experience is one year, straight out of school, at HSBC—has also started his own hedge fund, where he calls himself "Hedge Fund Manager." Once again, he trades on this identical story about "bringing down the illegal operation, resulting in an almost $2 billion fine."[2]

---

[1] *Everett Stern, Intelligence Director and CEO*, TACTICAL RABBIT, https://tacticalrabbit.com/intelligence-director/ (last visited Apr. 14, 2022).
[2] *Everett Stern*, RABBIT CAPITAL MANAGEMENT, https://www.rabbitcapitalmanagement.com/everett-stern/ (last visited Apr. 14, 2022).

14.     Defendant has parlayed this story into politics, running unsuccessfully for U.S. Senate in 2016 and running once again as a candidate for 2022. On his U.S. Senate candidacy website, Defendant again makes the identical claim about providing intel against HSBC, which led to "an almost $2 billion fine".[3]

15.     On his LinkedIn profile, Defendant describes himself as an "HSBC Bank Whistleblower / Federal Witness" and claims that "[a]fter passing intelligence to the CIA and then the FBI [Defendant] brought down the terrorist and drug cartel financing operation, resulting in the largest fine against a bank in U.S. History 1.92 Billion."[4]

16.     The problem with Defendant's story is that it is a fantasy. Defendant's claim to have been responsible—*even partly responsible*—for the $1.92 billion in fines imposed on HSBC by the U.S. government in 2012 is a lie, told by Defendant ad nauseum to bolster his paltry resume. This is proven not only by the timeline of events but by Defendant's own "Government Submission" to the Federal Reserve, dated March 11, 2013, and attached hereto as **Exhibit 1**. Despite Defendant's attempt to conceal this document,[5]

---

[3] *Everett Stern for U.S. Senate 2022 – About*, https://everettstern.com/about/ (last visited Apr. 14, 2022).

[4] *Everett Stern, U.S. Senate Candidate / CEO & Intelligence Director*, LINKEDIN, https://www.linkedin.com/in/everettstern/ (last visited Dec. 13, 2021).

[5] *See Talk: Everett Stern / Archive 1*, WIKIPEDIA, https://en.wikipedia.org/wiki/Talk%3AEverett_Stern%2FArchive_1?redirect=no (last visited Dec. 15, 2021), (showing that Defendant personally advocated for removal the Government

his Government Submission directly contradicts his claim to have had anything to do with the fine of HSBC.

17.     Defendant worked for HSBC for one year, straight out of school, from October 2010 to October 2011. The criminal information filed against HSBC involved conduct from January 2001 to December 2010.[6] Defendant was not responsible for or even involved in the investigation of HSBC that led to the $1.92 billion. That investigation entirely pre-dated Defendant's employment with HSBC, as he admits in his Government Submission. *See* Ex. 1, p. 14.

18.     Defendant's Government Submission details the far more mundane reality: that Defendant was a disgruntled, low-level employee with delusions of grandeur. He disapproved of HSBC's policies and controls, he resented his position in the company and those in positions above him, and he repeatedly overstepped his role to the point of being demoted twice and threatened with termination.

19.     Within a month on the job, Defendant was already pretending to be a spy. Defendant contacted HSBC clients, posing as an "importer/exporter,"

---

Submission from his Wikipedia page, stating, "I am personally absolutly [sic] against this Government Submission going into the Wikipedia page or even being referenced").
[6] *See* Information and Statement of Facts, *USA v. HSBC Bank USA, N.A.*, 1:12-cr-763, Dkt. Nos. 3-1 and 3-3, (E.D.N.Y., filed Dec. 11, 2012).

and attempted to get them to incriminate themselves. He would then report his findings to the "CIA on line [sic] Tip Portal at www.CIA.gov." Ex. 1, pp. 7-9.

20.     Defendant specifies in his Government Submission that the $1.92 billion in fines against HSBC involved "conduct that occurred in 2010 or prior, and *not* during the time period [Defendant] worked at HSBC." Ex. 1, p. 14 (emphasis added). As confirmed by the U.S. Senate Permanent Subcommittee on Investigations report on HSBC, Defendant had zero role in the investigation and subsequent fine of HSBC.[7]

21.     Defendant has fabricated his entire public persona as the whistleblower who took down HSBC, including the idea that he has worked with the CIA. He now calls himself the "Intelligence Director" of his company, which he advertises as a "Private Intelligence Agency" that conducts "intelligence operations," utilizes "CIA intelligence methodologies and tradecraft," and refers to his company as "the real Private CIA."[8] He also started a hedge fund, which bets against companies that will be targets of

---

[7] *See* Permanent Subcommittee on Investigations, *U.S. Vulnerabilities to Money Laundering, Drugs, and Terrorist Financing: HSBC Case History*, COMMITTEE ON HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS, U.S. SENATE (July 17, 2012), https://www.hsgac.senate.gov/imo/media/doc/PSI%20REPORT-HSBC%20CASE%20HISTORY%20(9.6).pdf (making no mention of Defendant's name, and referring only to a whistleblower from 2005, when Defendant was still in college).
[8] *Private Intelligence Agency*, TACTICAL RABBIT, https://tacticalrabbit.com/ (last visited Apr. 14, 2022); *infra*, ¶ 74.

federal investigation or regulation, claiming to use "CIA Intelligence methodologies" and the support of his "private intelligence agency."[9]

*Defendant accuses Gen. Flynn of committing treason in a "press conference"*

22.     Defendant has now set his sights on Gen. Flynn, once again playacting as a spy and "whistleblower," and again fabricating outlandish lies to prop himself up and increase his public profile. This time, however, instead of pretending to be instrumental in the takedown of HSBC, Defendant is now accusing a retired three-star general—who has spent his entire life in service to the United States—of committing treason.

23.     On October 30, 2021, Defendant held a "press conference" at which he claimed to have evidence that Gen. Flynn was involved in a domestic terrorism plot and asserted that General Flynn was "committing treason against the United States." **Exhibit 2** at 2:40.[10]

24.     In his written YouTube post that accompanied the video, Defendant proclaimed himself to be "considered a hero by many" and once again repeated the lie that he was "the HSBC whistleblower who, in 2012, uncovered evidence that his employer HSBC was laundering money for several

---

[9] *Rabbit Capital Management*, RABBIT CAPITAL MANAGEMENT, https://www.rabbitcapitalmanagement.com/ (last visited Apr. 14, 2022).
[10] Everett Stern, *New Evidence of Ongoing Domestic Terror Threat Links to General Michael T. Flynn*, YOUTUBE (Oct. 30, 2021), https://www.youtube.com/watch?v=0hJxwENx468.

major international terrorist and drug cartel financing operations around the world" and that his "whistleblowing actions resulted in a $1.92 billion fine." **Exhibit 3**.

25.     In the same posting, Defendant stated that he had "uncovered a trove of evidence that links ongoing domestic terror threats against members of Congress—which are being directed by a group headed by former National Security Advisor Michael Flynn" and that this group is "working to undermine U.S. national security." Ex. 3.

26.     The "trove of evidence" that Defendant discloses in the YouTube video and subsequent media interviews is that a group called Patriot Caucus offered to hire Defendant's "private intelligence agency" to supposedly gather *intelligence* on Republican elected officials and that Patriot Caucus hoped to influence public policy.

27.     Defendant claimed in the video that Gen. Flynn is "running Patriot Caucus" without any basis.

28.     Defendant claims in the video that Gen. Flynn's "operatives" wanted to "extort" public officials, also without any basis.

29.     Defendant's YouTube video was viewed by over 27,000 people, including by third parties located in the state of Florida.

30.     Defendant's YouTube video was immediately picked up by national media outlets, Salon[11] and Newsweek,[12] which repeated Defendant's lies that Gen. Flynn was engaged in a plot to extort public officials. Defendant told both news outlets that he was instructed to "accomplish the mission even if you have to use domestic terrorism."

*Defendant repeats accusations against Gen. Flynn on Twitter*

31.     Just like with his HSBC lies, Defendant repeats his lies about Gen. Flynn ad nauseum. Defendant has stated on Twitter, among other things, that:

   a.  Gen. Flynn is part of a "domestic terror network";

   b.  Gen. Flynn has "committ[ed] treason";

   c.  Gen. Flynn's "[t]reason continues to this day";

   d.  Gen. Flynn is a "traitor General";

   e.  Defendant's life has been threatened by "the Flynn Org";

   f.  Gen. Flynn has written emails "intimidating" Defendant as a "Federal Witness & U.S. Senate Candidate";

   g.  an "Operative" of Gen. Flynn planned to commit "domestic terrorism";

---

[11] Brett Bachman, *GOP candidate: Michael Flynn trying to run extortion plot on U.S. officials to reinstall Trump*, SALON (Oct. 31, 2021), https://web.archive.org/web/20211101001029/https://www.salon.com/2021/10/31/candidate-michael-flynn-trying-to-run-extortion-scheme-on-us-officials-to-reinstall/.
[12] Natalie Colarossi, *GOP Senate candidate says Michael Flynn group asked him to 'gather intelligence' on lawmakers*, Newsweek (Oct. 31, 2021), https://www.newsweek.com/gop-senate-candidate-says-michael-flynn-group-asked-him-gather-intel-lawmakers-1644308.

h. Defendant is a "Federal Witness" of "criminal" acts by Gen. Flynn;

i. Gen. Flynn has committed "[f]oreign interference in an election";

j. Defendant witnessed "crimes" committed by "General Flynn's 'soldiers' 'Operatives'";

k. Defendant witnessed Flynn undermining the "United States Democracy" through "Domestic Terror" and "Extortion";

l. Defendant "witnessed & exposed the largest US coup attempt [by Gen. Flynn] under the guise of 'audits'"; and

m. Gen. Flynn was "extorting politicians to get Trump in office."

32.   The following is a non-comprehensive history of Defendant's defamatory Tweets about Gen. Flynn, in chronological order.

33.   On November 6, 2021, Defendant Tweeted that Gen. Flynn is part of a "domestic terror network":



34.    Later that day, Defendant Tweeted that Gen. Flynn was "committing treason":



35.    On November 11, 2021, Defendant Tweeted that Gen. Flynn is a "traitor General" and implies that Gen. Flynn had threatened Defendant's life:



36.    Later that day, Defendant doesn't just imply that he was threatened by Gen. Flynn; he asserts it as a fact:



37.    In response to a commenter, Defendant Tweeted that he believes the FBI cannot secure his safety because it is compromised, presumably by Gen. Flynn:



38.     Also on November 11, 2021, Defendant Tweeted that Gen. Flynn was "intimidating a Federal Witness":



39.     On November 12, 2021, Defendant Tweeted that the words "domestic terrorism" were used by a "Flynn Patriot Caucus Operative":



40.    On November 18, 2021, Defendant Tweeted that his "facts against Flynn and Patriot Caucus are very serious" and then thanks his Twitter followers for "connecting critical dots":



41.    Also on November 18, 2021, Defendant Tweeted that he was to testify before the U.S. House Select Committee on the January 6th Attack and claims that it would be an "honor to help get criminal charges" against Gen. Flynn:



42.    On November 20, 2021, Defendant Tweeted about a supposed "Flynn intel op" utilizing "foreign operatives" and then speculates about "Iranians" being related to the "Patriot Caucus / Flynn Op":



43.    Ten minutes later, Defendant Tweeted that "Flynn and the Trump Org must be brought up on charges" for "Foreign interference in an election":



44.   On November 26, 2021, Defendant Tweeted about having witnessed unspecified crimes by "General Flynn's 'soldiers' 'Operatives'":



45.   Later, on November 26, 2021, Defendant Tweeted that his "goal was to try and fix the Republican party," which had moved to the right "due to Flynn's operations that I was involved with":



46.     Defendant Tweeted again on November 26, 2021, accusing Gen. Flynn of committing or attempting to commit "domestic terror," "extortion," and "election crimes":



47.     On December 3, 2021, Defendant Tweeted again that he "witnessed" "Extortion" and "Domestic Terror" committed by Flynn:



48.     Ten minutes later, Defendant Tweeted that he "witnessed & exposed the largest US coup attempt" and that he "saw Flynn's people's resolve":



49.     Also on December 3, 2021, apparently reacting to news about Dr. Mehmet Oz entering the primary race for the U.S. Senate seat coveted by Defendant, Defendant again accused Gen. Flynn of "extorting politicians":



50.     On December 4, 2021, in response to another Twitter user who apparently questioned Defendant's accusations against Gen. Flynn and

pointed out "inconsistencies," Defendant Tweeted that his "actions are calculated and for a reason. Very calculated.":



51.     Later, on December 4, 2021, Defendant Tweeted that he witnessed "extortion attempts and the words 'Domestic Terror' used by operatives of General Flynn's Patriot Caucus":



52.     On December 10, 2021, Defendant Tweeted that "General Flynn is using extortion":



53.     On December 31, 2021, Defendant Tweeted that "an active group

called Patriot Caucus run by General Flynn engaging in sedition as we speak.":



54.     On January 4, 2022, Defendant Tweeted that "[Ivan] Raiklin &

Flynn run a domestic terror group":



55.     On January 9, 2022, Defendant Tweeted that Flynn is a traitor and will be "in jail":



56.     On January 10, 2022, Defendant Tweeted statements implying that he was involved in an official investigation or "intelligence operation" against "Flynn's domestic terror group":



57.     On January 25, 2022, Defendant accused Gen. Flynn of "[c]riminal manipulation of the PA GOP":



58.     On February 4, 2022, Defendant Tweeted "New Evidence of Ongoing Domestic terror Threat Links to General Michael Flynn…" and included a link to his October 30, 2021 press conference:



59.     On February 5, 2022, Defendant Tweeted that he witnessed "Flynn

Extortion / Election Fraud":



60.     On March 6, 2022, Defendant Tweeted a photo in which he poses

with a woman alleged to be Velma Anne Ruth, and identifies her as the

previously unnamed "operative" he referred to in his October 30, 2021 press

conference who supposedly said the words "domestic terrorism"—the same one

who he took pains to note was "actually dressed in, in **paramilitary gear**, uh,

in a, in a **paramilitary uniform**"[13]:



---

61.    On March 12, 2022, Defendant Tweeted once again about having

witnessed "Extortion" and "Domestic terror":



62.    On March 20, 2022, in response to a Tweet from David Corn, who

was justifying his prior reporting that the Hunter Biden laptop was Russian

disinformation, Defendant Tweeted that "The Flynn Extortion plot" is somehow tied to the "Russian-back narrative" discussed by Corn:



63. On March 24, 2022, Defendant Tweeted that financial support of Gen. Flynn is the equivalent of "Terrorist Financing":



64. On May 17, 2022, Defendant Tweeted a request for finances for his "war" with Gen. Flynn and accuses him of running a "domestic terror group":



65. Defendant's Twitter following is over 26,000 people, including persons located in the state of Florida. In addition, Defendant's defamatory Tweets were viewed by third parties located in the state of Florida.

*Defendant's Tweets show malicious hatred of Gen. Flynn*

66.    Defendant does not attempt to conceal his malice toward Gen. Flynn, openly stating his hatred of Gen. Flynn and his desire to see Gen. Flynn and even his family members prosecuted for imagined and invented crimes.

67.    Defendant not only has a history of pretending to be a CIA operative and government whistleblower, he also has a history of draping his lies in the cloak of patriotism and using those lies to prop himself up at the expense of a straw man—an evil, anti-American villain.

68.    In the case of HSBC, he has for years taken credit for an investigation that pre-dated him and led people to believe that he was affiliated with or was working with the CIA to take down terrorist financing at HSBC. He did this to bolster his paltry resume. He used this unearned credibility and the narrative of patriotic David fighting the anti-American Goliath in creating his "private intelligence agency"—giving himself the title "Intelligence Director"—and a hedge fund that supposedly uses "CIA Intelligence techniques."

69.    In this case, as shown by Defendant's own Tweets, Defendant is using his malicious smear campaign against Gen. Flynn—claiming to be "at war" with him—as a means of increasing his public profile, driving business to his "private intelligence agency," ingratiating himself to anti-Flynn politicians, generating funding for his political campaign, and explicitly trying to destroy

Gen. Flynn's reputation. As before, they show a man with delusions of grandeur, and he displays animus and resentment toward Gen. Flynn for his political beliefs.

70.     Also, like before, Defendant plays the victim, repeatedly claiming to be under attack by Gen. Flynn as a means of generating sympathy and fabricating a narrative that he is a martyr—or, as he has repeatedly described himself in his supposed battle with HSBC, as David fighting Goliath.

71.     In addition to the Tweets included above, which already show Defendant's malice for Gen. Flynn,[14] the following are additional Tweets that indicate Defendant's malice, as well as his political and financial motives.

72.     On December 31, 2021, Defendant Tweeted about Gen. Flynn being a traitor and suggests that Gen. Flynn being "allowed" to support a candidate is improper – "My opponents are worth 50 – 100 million and have

---

[14] *See e.g., supra*, ¶ 41 (claiming it is an "honor to help get criminal charges" against Gen. Flynn); ¶ 45 (showing his goal in attacking Gen. Flynn is to influence the Republican Party); ¶ 46 (showing Defendant's view that he is playing an "important role in history"); ¶ 64 (claiming to be David against Goliath, at "war" with Gen. Flynn).

the backing of traitors. The traitors Trump and Flynn are surprisingly allowed to openly back and 'influence' candidates.":



73.    On February 5, 2022, Defendant Tweeted that "Trump and Flynn have much more money than I have. I am asking for help because *wars* cost money" (emphasis added):



74.    On February 13, 2022, Defendant demonstrated his personal animus toward Gen. Flynn and even his family by offering the services of his "Private CIA" to CNN to help them win a defamation lawsuit filed against it

by "a Flynn"—specifically, Gen. Flynn's sister, Valerie Flynn—stating, "Don't settle with traitors.":



75.    The next day, Defendant further demonstrated his personal animus toward Gen. Flynn's entire family, Tweeting again about the defamation lawsuit filed by Valerie Flynn against CNN—for selectively altering a video of her in a news broadcast[15]—and stated that Defendant would

---

[15] Complaint, *Flynn v. Cable News Network, Inc.*, No. 8:22-cv-343 (M.D. Fla., filed Feb. 9, 2022).

help CNN win the lawsuit by providing "leverage" and "further develop intelligence against Flynn Family":



76.    On March 5, 2022, Defendant once again states that he is at "war" with Gen. Flynn:



77.    On March 6, 2022, in response to a Tweet about Defendant charging money for an event, Defendant Tweeted, "I have to. I am mounting a

major legal and intelligence effort against Flynn and Trump. Wars cost

money.":



78.     On March 20, 2022, Defendant claimed to have had "conversations

with Flynn in 2020 after Jan 6th to launch an intel operation"—which he later

corrects to say that the conversations occurred in 2021—showing that

Defendant had been plotting against Gen. Flynn since early 2021:



79.    On March 27, 2022, Defendant bizarrely relates Will Smith's acceptance speech at the Oscars to Defendant's "battle with General Flynn.":



80.    On March 30, 2022, Defendant Tweeted his explicit hatred for Gen. Flynn and his malicious desire to strip him of his military title and retirement:



81.   On May 18, 2022, in a video posted to Twitter, Defendant further expressed his malice for Gen. Flynn, stating that he is "going after" his businesses and his brother, Joe Flynn.

## COUNT I
### (Defamation and Defamation *Per Se*)

82.   Gen. Flynn re-alleges and incorporates paragraphs 1 through 81.

83.   Starting on October 30, 2021, and continuing to the present, Defendant has engaged in a non-stop smear campaign against Gen. Flynn, repeatedly asserting what he knows to be false, including the following allegations that:

a.   Gen. Flynn has committed treason and sedition against the United States—a crime punishable by death;

b.   Gen. Flynn has committed or attempted to commit the crime of extortion against elected officials;

c.   Gen. Flynn is part of a "domestic terror network" and that he has committed or attempted to commit acts of domestic terrorism;

d.   Gen. Flynn has committed or attempted to commit the crime of "[f]oreign interference in an election"; and

e.   Gen. Flynn has committed the crime of intimidation of a federal witness.

84.    These assertions by Defendant about Gen. Flynn, on YouTube and on Twitter, are false, and Defendant knew them to be false, or he was reckless in his disregard for the truth.

85.    Gen. Flynn has never committed treason or sedition against the United States. Indeed, Gen. Flynn has served his country with honor and distinction.

86.    Gen. Flynn has never committed or attempted to commit extortion or blackmail of anyone, much less an elected official.

87.    Gen. Flynn is not part of any kind of terror group, and he has certainly not committed or attempted to commit any kind of act of terror.

88.    Gen. Flynn has not committed or attempted to commit any kind of foreign interference in an election. Quite the opposite: Gen. Flynn has actively promoted election integrity and transparency in the United States.

89.    Gen. Flynn has not committed or attempted to commit any kind of intimidation of a Federal Witness.

90.    Gen. Flynn is not affiliated with Ivan Raiklin other than as an acquaintance.

91.    Gen. Flynn is not affiliated with Velma Anne Ruth other than as an acquaintance.

92.     Gen. Flynn is not aware of, is not familiar with, and is not involved in any kind of leadership or official capacity in the group Plaintiff refers to as "Patriot Caucus."

93.     Gen. Flynn generally supports groups that promote conservative, America-First principles and election integrity. The number of groups fitting that description and using a name that includes the word "Patriot" is too numerous for Gen. Flynn to recall, and it is quite possible that Gen. Flynn has met people affiliated with this particular group, but Gen. Flynn has no way to know one way or the other. Gen. Flynn can say with certainty that he has never coordinated with any group to attempt extortion, blackmail, or domestic terrorism, as repeatedly alleged by Defendant on Twitter and on YouTube.

94.     Moreover, Defendant's allegations against Mr. Raiklin, Ms. Ruth, and other members of this Patriot Caucus—that they are domestic terrorists, that they are part of a criminal organization, and that they have engaged in or attempted to commit sedition, extortion, election interference, or any other crime—appear to be entirely without merit, based on Defendant's own supposed "trove of evidence," his track record of self-serving and delusional lies, and the fact that law enforcement apparently did not take Defendant's hyperbolic story seriously.

95.    Defendant's direct Twitter following is over 26,000 people, including residents of Florida, to whom Defendant published his defamatory Tweets.

96.    According to YouTube, Defendant's video and accompanying written post have been viewed over 27,000 times, including by residents of Florida.

97.    These defamatory statements were directed at Gen. Flynn, a Florida resident.

98.    Defendant published the defamatory statements on Twitter and YouTube, knowing that they were false or with reckless disregard for the truth.

99.    The defamatory statements constitute defamation *per se* because they tended to injure Gen. Flynn in his trade, business, or profession, and directly accused Gen. Flynn of committing serious crimes, including treason— punishable by death.

100.   The defamatory statements have directly and proximately caused Gen. Flynn to suffer significant damages in Florida, where he lives and does business, including damage to his reputation, humiliation, embarrassment, and mental anguish, all of which are ongoing in nature and will be suffered in the future. These damages were foreseeable to Defendant.

101.   Defendant published the defamatory statements knowingly, intentionally, willfully, wantonly, and maliciously, with intent to harm Gen.

Flynn, or in blatant disregard for the substantial likelihood of causing him harm, particularly in his home state of Florida, thereby entitling Gen. Flynn to an award of punitive damages.

102.   As a direct and proximate result of the misconduct of Defendant, Gen. Flynn is entitled to compensatory, special, and punitive damages in an amount to be proven at trial.

## COUNT II
### (Injurious Falsehood)

103.   Gen. Flynn re-alleges and incorporates paragraphs 1 through 103.

104.   Gen. Flynn is currently engaged in the business of promoting election integrity and reform.

105.   Defendant's false statements, accusing Gen. Flynn of being a traitor, of participating in domestic terrorism and sedition, and of attempting the crimes of extortion and election interference, directly concern Gen. Flynn's business.

106.   Defendant intended for his false statements to destroy Gen. Flynn's reputation, to ruin his ability to participate in politics, elections, and policy advocacy, and to harm him financially. Defendant reasonably recognized and intended that the publication of his statements about Gen. Flynn would result in pecuniary losses.

107. Defendant has explicitly stated his intent to damage Gen. Flynn's pecuniary interests and to target his businesses.

108. Gen. Flynn has suffered direct pecuniary losses as a result of Defendant's accusations, including costs associated with lost business opportunities and money spent to defend his own reputation, in an amount to be proven at trial.

## **Prayer for Relief**

WHEREFORE, Plaintiff, Michael T. Flynn, demands judgment against Defendant, Everett Stern, as follows:

a.   An award of compensatory, special, and punitive damages of two hundred and fifty million dollars ($250,000,000);

b.   Injunctive relief prohibiting the publication or republication of the defamatory statements;

c.   An award of Plaintiff's costs associated with this action, including but not limited to his reasonable attorneys' fees and expenses; and

d.   Such other and further relief as the Court deems just and appropriate to protect Plaintiff's rights and interests.

## **Demand for Jury Trial**

Plaintiff demands a trial by jury on all issues so triable.

Dated: May 31, 2022                    Respectfully, submitted

                                       /s/ *Jared J. Roberts*
                                       Jared J. Roberts (Fl. Bar No. 1036550)
                                       Jason C. Greaves (*pro hac vice*
                                       application forthcoming)
                                       BINNALL LAW GROUP, PLLC
                                       717 King Street, Suite 200
                                       Alexandria, Virginia 22314
                                       Phone: (703) 888-1943
                                       Fax: (703) 888-1930
                                       Email: jared@binnall.com
                                                jason@binnall.com

                                       *Counsel for Plaintiff*