# Exhibit 2

Video

https://www.youtube.com/watch?v=0hJxwENx468