

 everett stern press conference accusing General l ✕      

Everett Stern is a U.S. Senate candidate from Pennsylvania and considered a hero by many. He is also the CEO and intelligence director of the private intelligence agency Tactical Rabbit, Inc. Everett has uncovered a trove of evidence that links ongoing domestic terror threats against members of Congress -- which are being directed by a group headed by former National Security Advisor Michael Flynn and his attorney Ivan Raiklin. This group, the Patriot Caucus, is a well-financed extremist group working to undermine U.S. national security.

Everett Stern held a press conference on October 30, 2021 discussing the findings of an intelligence operation that links an ongoing domestic terror threat conducted by an organization led by Gen. Michael Flynn.

Everett is the HSBC whistleblower who, in 2012, uncovered evidence that his employer HSBC was laundering money for several major international terrorist and drug cartel financing operations around the world. Everett's whistleblower actions resulted in a $1.92 billion fine, the largest against a bank in U.S. history.

Campaign Website: https://everettstern.com/
Twitter: https://twitter.com/everettstern1
Facebook: https://www.facebook.com/EverettSternFan
Linkedin: https://www.linkedin.com/in/everettst...

SKIP NAVIGATION



All   Listenable   Related



LIVE: Latest news, breaking stories and analysis on April 15 | CBS News
CBS News
1.1K watching
LIVE NOW

Handel's Messiah (Easter Concert) | The Tabernacle Choir & Orchestra
The Tabernacle Choir at Temple Square