# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:22-cv-01250 (TBS/AAS) |
| ) | |
| EVERETT STERN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 2.02(a), that Plaintiff Michael T. Flynn designates Jared J. Roberts of Binnall Law Group, PLLC, as lead counsel in this proceeding.

Dated: June 2, 2022

Respectfully, submitted

/s/ *Jared J. Roberts*
Jared J. Roberts (Fl. Bar No. 1036550)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jared J. Roberts*
Jared J. Roberts
