# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, | ) |
| Plaintiff, | ) |
| v. | ) No. 8:22-cv-01250 (TBS/AAS) |
| EVERETT STERN, | ) |
| Defendant. | ) |

## **DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.03, the undersigned counsel for Plaintiff, Michael T. Flynn, states the following:

1. The individuals who have or might have an interest in the outcome of this matter are the following:

   a. Plaintiff Michael T. Flynn

   b. Defendant Everett Stern

2. The entity with publicly traded shares or debt potentially affected by the outcome are the following:

   a. Plaintiff and Plaintiff's counsel are not aware of any.

3. The additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee, are the following:

   a. Plaintiff and Plaintiff's counsel are not aware of any.

4. The individuals arguably eligible for restitution are the following:

   a. Plaintiff Michael T. Flynn

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: June 2, 2022                    Respectfully, submitted

/s/ *Jared J. Roberts*
Jared J. Roberts (Fl. Bar No. 1036550)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of June, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                             /s/ *Jared J. Roberts*
                                             Jared J. Roberts