# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA

------------------------------------ X

MICHAEL T. FLYNN  :  Civ. 8:22-cv-01250
                     (TBS)(AAS)

Plaintiff(s),  :

v.  :

EVERETT STERN  :

Defendant(s).  :

------------------------------------ X

## AFFIDAVIT OF SERVICE

I, [NAME], being duly sworn, deposes and says: *Dawn Certo*

1.   I am not a party to this action, I am over 18 years of age, and I [am employed by [LAW FIRM]/reside in [COUNTY], [STATE]]. *Auld & Associates, Delaware County, PA*

2. I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above-entitled case.

3. On [DATE] at approximately [TIME], I personally served [DEFENDANT NAME] true copies of the Summons, Civil Cover Sheet, and Complaint at [ADDRESS]. 7/6/22 @ 601 Westtown Rd Suite 110, West Chester, PA   court 15-2-03 @ 10:10am

4. I would describe Everett Stern as:

Gender: M    Race/Skin: C    Age:    Weight:    Height:    Hair: Brown   Glasses: Y

I declare under penalty of perjury that this information is true and correct.

_July 6, 2022_
Executed On

_Dawn Certo_
[NAME]

2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL T. FLYNN, an individual,<br><br>*Plaintiff(s)*<br>v.<br>EVERETT STERN, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:22-cv-01250-TPB-AAS<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Everett Stern
890 S Matlack Street, Apt. 460
West Chester, PA 19382

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jared J. Roberts
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LourdesDelRio

Date: June 1, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Everett Stern**
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* **601 Westtown Rd. Suite 110 West Chester PA 19382** on *(date)* **7/6/22 @ 10:10 am**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/6/22**

*Dawn Certo*
Server's signature

**Dawn Certo   Investigator**
Printed name and title

**4673 West Chester Pike   Newtown Sq. PA 19073**
Server's address

Additional information regarding attempted service, etc: