# United States District Court
# Middle District of Florida
# Tampa Division

MICHAEL T. FLYNN

    *Plaintiff,*

v.                                 No. 8:22-CV-01250 (TPB/AAS)

EVERETT STERN

    *Defendant.*

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

    Plaintiff Michael T. Flynn respectfully requests that the Clerk enter default against the Defendant, Everett Stern.

    1.    Plaintiff caused a summons and a copy of the Complaint to be personally served upon Defendant, in accordance with Rule 4 of the Fed. R. Civ. P., on July 6, 2022. Dkt. No. 10.

    2.    Defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure.

    3.    Wherefore, Plaintiff seeks a default against the Defendant as a result of his failure to respond.

Dated August 3, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jared J. Roberts*
　　　　　　　　　　　　　　　　　　Jared J. Roberts
　　　　　　　　　　　　　　　　　　BINNALL LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　717 King Street, Suite 200
　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　Phone: (703) 888-1943
　　　　　　　　　　　　　　　　　　Fax: (703) 888-1930
　　　　　　　　　　　　　　　　　　Email: jared@binnall.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and I delivered the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Everett Stern
890 S. Martlack Street, #460
West Chester, PA 19382

/s/ *Jared J. Roberts*
Jared J. Roberts