UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T FLYNN,

    Plaintiff,

v.                                                   Case No: 8:22-cv-1250-TPB-AAS

EVERETT STERN,

    Defendant.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **EVERETT STERN** in Tampa, Florida on the 4th day of August, 2022.

                                                               ELIZABETH M. WARREN, CLERK

                                                                      s/MB, Deputy Clerk

Copies furnished to:

Counsel of Record