# United States District Court

For the Middle District
Of Florida
Tampa Division

Case Number <u>NO. 8:22-CV-01250 (TPB/AAS)</u>
JUDGE: <u>Judge Thomas P. Barber</u>
**Michael T. Flynn**, an individual Plaintiff
V.
Defendants
**EVERETT STERN**, an individual;

## **NOW COMES Defendant, EVERETT STERN pro se, for his APPEARANCE, MOTION AGAINST APPLICATION TO CLERK FOR ENTRY OF DEFAULT AND REQUEST FOR EXTENSION TO ANSWER COMPLAINT.**

Plaintiff Michael T. Flynn has requested that the Clerk enter default against the Defendant, Everett Stern for failure.

I, Everett A. Stern am requesting a 30 day extension to Answer the Complaint for the following reasons:

1.      There are Confidential considerations which require conversations with the U.S. Government about discussing FBI, CIA, and other USG Officials in the course of an investigation involving Michael T. Flynn.

2.      I am a Federal Witness to the January 6th Committee whereby I testified against Michael T. Flynn. I have to seek guidance on how to handle the divulgence of certain information in this court case.

3.    I purchased a personal injury rider from Progressive Insurance / Homesite and I am fully covered for this specific Defamation / Libel lawsuit. Progressive Insurance litigation department is actively working on this case and has requested opposing counsel to grant a 30 day extension. Michael T. Flynn's lawyers are not granting a time extension, but seeking a default judgement.

4.      I have not prepared an Answer to the complaint because I have been waiting on the Insurance Company.  When an Insurance Company is involved it is common practice for

opposing counsel to grant a (30) day extension so the Defendant can prepare an adequate defense and Answer the complaint in the most judicious way possible.

7.      The Plaintiff has filed for Default Judgement, therefore, I am now forced to respectfully ask the court for a (30) day extension so I can prepare an adequate defense.

This will constitute a notice that Everett Stern are representing itself in this National Security matter. Please allow for my due process rights to be observed by granting the time extension. Defendant therefore respectfully requests that 1. Plaintiffs request for default judgment be denied and 2. that he be granted at least 30 days in which to answer the complaint and for such other relief as this honorable court may deem just and proper.

An Exhibit is attached to Alert the court that my insurance company reached out to Michael Flynn's counsel without receiving a response in an effort to resolve this matter in good faith.

# EXHIBIT A

Mr. Stern,

I am in receipt of your emails dated Friday, July 29, 2022. Please be advised this matter has been reassigned to me for further handling.

Since receiving the file, I have left a voicemail for and emailed Mr. Roberts at the Binnall Law Firm requesting an extension making the Answer due on or before Friday, August 26, 2022. The requested extension has not been confirmed. I will continue to follow up with Plaintiff's counsel regarding same and will provide you with a copy of the written confirmation if/when received.

In the meantime, should you have any questions, please do not hesitate to contact me via email or at the number below.

Thank you,

Karen McLaughlin, SCLA
Litigation Specialist
Homesite Insurance Company
P. O. Box 5300
Binghamton, NY 13902

Dated August 4, 2022

Respectfully submitted,

*[signature]*

Everett A. Stern, M.B.A.
CEO/Intelligence Director, Tactical Rabbit
U.S. Senate Candidate PA - I
Untied States of America
60 Pottstown Pike, Suite 8
Chester Springs, PA 19425
Everett.Stern@gmail.com
703-408-4973
Pro Se Litigant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and I delivered the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: Jared J. Roberts BINNALL LAW GROUP, PLLC 717 King Street, Suite 200 Alexandria, Virginia 22314. jared@binnall.com
/EAS/ Everett A. Stern Pro Se Litigant   *[signature]*