United States District Court Middle District of Florida

Tampa Division

MICHAEL T. FLYNN, Plaintiff, v.

EVERETT STERN, Defendant.

NO. 8:22-CV-01250 (TPB/AAS)

MOTION TO REQUEST DEFENANT TO E-FILE ON PACER

Defendant Everett A. Stern respectfully requests that he is allowed to E-File on the Pacer System.

Submitted:

August 4, 2022

_____

Everett A. Stern, M.B.A., Defendant
CEO/Intelligence Director, Tactical Rabbit
U.S. Senate Candidate PA - I
Untied States of America
60 Pottstown Pike, Suite 8
Chester Springs, PA 19425

Stern@EverettStern.com
703-408-4973
Pro Se Litigant