# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MICHAEL T. FLYNN,

     Plaintiff,

v.                                                 Case No.:    8:22-cv-01250

EVERETT STERN,

     Defendant.

_____/

## APPEARANCE AS COUNSEL

To:    The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as Counsel for Defendant, EVERETT STERN.


     [CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I filed the foregoing **Appearance as Counsel** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314; on August 5, 2022.

/s/ Dorothy V. DiFiore

**Dorothy Venable DiFiore, Esq**., FBN: 0962139
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
dorothy.difiore@qpwblaw.com *primary*
becky.sinnreich@qpwblaw.com *secondary*
ddifiore.pleadings@qpwblaw.com *secondary*
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile:  813-286-9998
*Counsel for Defendant*