**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL T. FLYNN,

     Plaintiff,

v.                                            Case No.:    8:22-cv-01250

EVERETT STERN,

     Defendant.

_____/

## AGREED MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE RESPONSE TO COMPLAINT

Defendant, EVERETT STERN, by and through the undersigned attorneys files this Agreed Motion for Extension of Time and states:

1. The response to the Complaint was due on or before August 26, 2022.

2. Counsel for Defendant has lost several key staff members amidst an extraordinarily heavy case load.

3. As a result, counsel was unable to complete the response, obtain review of the response by the client and complete it by the August 26 deadline.

4. Defendant will be able to file the response by Tuesday, August 30, 2022.

5. Counsel for Plaintiff has graciously agreed to a short extension through Tuesday, August 30, 2022.

6. The short delay will not prejudice any party in this matter and will not result

in any extensions of any other deadlines in this matter.

7. This motion is filed in good faith and not for purposes of delay.

**WHEREFORE**, Defendant requests this Court grant an extension of time in which to file a response to the Complaint up through August 30, 2022.

<u>**CERTIFICATE OF COMPLIANCE**</u>

I HEREBY CERTIFY that I have complied with Local Rule 3.01(g) by conferring with opposing counsel regarding the relief requested in this motion and Opposing Counsel has agreed to the requested relief.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I filed the foregoing **Appearance as Counsel** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314; on August 29, 2022.

*/s/ Dorothy V. DiFiore*
**Dorothy Venable DiFiore, Esq**., FBN: 0962139
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
dorothy.difiore@qpwblaw.com *primary*
Ronald.cochran@qpwblaw.com *secondary*
ddifiore.pleadings@qpwblaw.com *secondary*
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile:  813-286-9998
*Counsel for Defendant*

2