# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                               Case No.:   8:22-cv-01250

EVERETT STERN,

    Defendant.

_____/

## **AFFIDAVIT IN SUPPORT OF MOTION TO TRANSFER VENUE**

State of Pennsylvania      :

County of Chester          :

    BEFORE ME, the undersigned authority, appeared EVERETT STERN, who did swear or affirm as to the following:

    1.    My name is Everett Stern. I am over the age of 18 and have personal knowledge of the facts stated in this affidavit.

    2.    I currently reside in West Chester, Chester County, in the State of Pennsylvania and have resided here for at least ten years prior to the filing of this lawsuit.

    3.    The October 30, 2021 press conference referred to in the Complaint filed herein (¶23) was held at the Warwick Hotel in Philadelphia, Pennsylvania.

    4.    I sent the tweets referenced in the Complaint from my home or office

or other locations in Pennsylvania.

5. I believe this case should be transferred to the United States District Court for the Eastern District of Pennsylvania because many of the witnesses I anticipate calling to support the truth of my statements regarding Mr. Flynn's affiliation with the Patriot Caucus, his efforts to overturn election results, and his efforts to unfairly influence political races are residents of Pennsylvania.

6. The persons I anticipate calling as witnesses to demonstrate the truth of my statements include the following persons who I believe are Pennsylvania residents:

   a. Velma Ann Ruth, Co-Chair of the Patriot Caucus

   b. Mark Still, Co-Chair of the Patriot Caucus

   c. Doug Mastriano, candidate for Governor of Pennsylvania

   d. Kathy Jean Barnette, candidate for US House for Pennsylvania

   e. Election Officials in Pennsylvania, a battleground state with some of the fiercest efforts to overturn the 2020 election result

   f. Lawrence Tabas, Chairman of the Republican Party of Pennsylvania

   g. Marzano Lee, my former Director of Security

   h. Multiple FBI Agents in the Philadelphia field office

   i. Thomas King, attorney for the Pennsylvania Republican Party, resident of Pennsylvania

    j. My friends and family who will have knowledge of my motives, intentions, and integrity and who can vouch my for my lack of animosity and the good faith source for my statements regarding Mr. Flynn.

7. I anticipate calling many other witnesses to establish the truth of my statements, and they do not reside in Florida, including:

    a. Denver Riggleman, former Pennsylvania congressman, current resident of North Carolina

    b. Al Hartman, resident of Texas

    c. Ivan Raiklin of the Patriot Caucus, believed to be a resident of Virginia

    d. Ross Shapiro, believed to be a resident of New Jersey

    e. Congressional Members of the Committee investigating the January 6 insurrection – located in Washington, DC

    f. Mark Mazzetti, Reporter for the NY Times, Washington, DC Bureau

    g. Robert Draper, Reporter for the NY Times, Washington, DC Bureau

8. In addition, continuing the action in Florida will be an extreme physical hardship on me, due to my ongoing disability and its attendant restrictions on my activities. In 2017, I was involved in an accident and sustained severe injuries to my back. On December 10, 2018, I underwent a lumbar fusion at L2-3 for lumbar radiculopathy from a herniated disc. On August 18, 20218, I had a lumbar

laminectomy. On February 18, 2019, I had another lumbar laminectomy and was diagnosed with bursitis in my right hip. On June 18, 2021, I was diagnosed with lumbar spondylosis and another disc herniation. In 2021, I had surgery to evacuate a hematoma in my lumbar spine. Overall, I have undergone six back surgeries since 2017, including a laminectomy and three-level fusion in my lumbar spine and evacuation of a hematoma in my lumbar spine in 2021. My doctors have recommended a fourth level fusion in my lumbar spine due to ongoing degeneration of my spinal condition and the severe pain that it causes. I am actively treating with a pain management specialist.

9. Attached to this affidavit are some of my medical records attesting to the diagnoses and surgeries that I have undergone in the past five years.

10. Due to the consequences of my injuries, I have significant restrictions on my mobility that would preclude me from flying to Florida to attend in-person court proceedings and depositions. Given the nature of the accusations against me, in-person attendance at hearings and depositions is critically important to my defense.

11. My physicians have imposed the following restrictions on me:

    a. No walking for more than 20 minutes without rest

    b. No uninterrupted sitting for more than an hour

    c. No uninterrupted standing for more than an hour

      d.  No lifting or carrying more than 50 pounds

12.    As a result of my surgeries and degeneration of my spine, the pain from my conditions and the limitations on my mobility, I have been forced to stop actively campaigning at events in person and can only conduct my campaign via remote proceedings and digital media.

13.    Requiring me to defend a case in which my personal credibility and integrity is directly in issue but which is located in Florida would be physical hardship; requiring me to attend all court proceedings and depositions via remote technology in such a case will be highly prejudicial.

**[ SIGNATURE ON FOLLOWING PAGE ]**

**FURTHER AFFIANT SAYETH NOT.**

Dated this  28th   day of August, 2022

_____*Everett Stern*_____
Everett Stern

This affidavit was acknowledged before me on 08/28/2022 (date) by Everett Stern, who is known to me or who has produced Driver License as identification and who did swear or affirm that the statements in the foregoing affidavit are true and correct.

*Jaclene Elyse Dobbins-Baptiste*
_____
Signature of notarial officer

State of Nevada
County of Clark

Stamp
Title of office   Notary Public, State of Nevada
My commission expires: 12/12/2025



Jaclene Elyse Dobbins-Baptiste
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 21-1883-01
Expires December 12, 2025

Signed and sworn to (or affirmed) before me

on 08/28/2022 by Everett Stern.

Notarial act performed by audio-video communication.

Name: Everett Stern | DOB: 8/29/1984 | MRN: 442281978 | PCP: Kurt Richard Crowley, MD

# Health Summary

The Health Summary provides you with detailed information regarding your health as reported to your provider. This may not be an all inclusive list if your care is also provided in a practice that currently does not use the Electronic Medical Record.

## Current Health Issues

Please review your current health issues, and verify that the list is up to date. **For urgent issues, please call 9-1-1 or seek immediate care.**





S/P lumbar spinal fusion
Added 12/10/2018

Lumbar radiculopathy
Added 12/10/2018

Spinal stenosis, lumbar region, with neurogenic claudication s/p L2-3 Laminectomy 8/18/21
Added 1/21/2019

Pain management
Added 1/21/2019





S/P lumbar laminectomy
Added 2/18/2019

Bursitis of right hip
Added 2/18/2019

Lumbar spondylosis
Added 6/18/2021

Lumbar disc herniation
Added 6/18/2021



post operative lumbar hematoma s/p lumbar wound exploration and evacuation of hematoma (8/25)

Added 8/25/2021

## Personal Notes About My Health Issues

Notes entered here will not be viewable by your doctor.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

Name: Everett Stern | DOB: 8/29/1984 | MRN: 442281978 | PCP: Kurt Richard Crowley, MD

# MR Lumbar Spine w and wo IV Contrast Neuro - Details

**Study images can be viewed only when signed in to myPennMedicine.**

## Imaging Study Report
Help me understand this report

## Radiology Images
Show images for MR LUMBAR SPINE W AND WO IV CONTRAST NEURO

## Study Result
Narrative & Impression
MRI OF THE LUMBAR SPINE WITH AND WITHOUT CONTRAST

CLINICAL INFORMATION: Status post lumbar laminectomy. Follow-up postoperative seroma.

COMPARISON:  17  November 2021

PROCEDURE: MRI of the lumbar spine with and without intravenous contrast was performed utilizing 1.5 T magnet.

CONTRAST: Intravenous administration of 18 mL of GADOTERATE MEGLUMINE 10 MMOL/20ML IV SOSY.

FINDINGS:

Alignment/Curvature: Anatomic
Vertebral body heights: Preserved
Marrow/Bones: No fractures, spondylolysis or aggressive lesions.  Mild multilevel discogenic changes including signal intensity changes of the vertebral endplates and marginal endplate osteophytes. Laminectomy change L2-L5 with posterior bony fusion at L4 and L5. Interbody fusion at L3-4, L4-5, and L5-S1.

Conus: Normal in caliber and signal. The conus terminates at L1. Interval resolution of the dorsal postoperative seroma in the laminectomy bed at L3.

Paravertebral and limited retroperitoneal soft tissues: Postoperative changes of the dorsal paraspinal soft tissues L2-S1.

At L1-2,
Disc: Normal
Facet arthropathy/ligamentum flavum: Mild
Spinal canal stenosis: None
Neural foraminal stenosis: None

At L2-3,
Disc: Circumferential bulging of the disc annulus with a superimposed small left paramedian annular tear and small focal disc protrusion, encroaching on the traversing left L3 nerve root in the lateral recess.
Facet arthropathy/ligamentum flavum: Moderate
Spinal canal stenosis: Moderate
Neural foraminal stenosis: Mild

At L3-4,
Disc: Discectomy and interbody fusion.
Facet arthropathy/ligamentum flavum: Mild
Spinal canal stenosis: Mild
Neural foraminal stenosis: Moderate bilateral

At L4-5,
Disc: Discectomy and interbody fusion
Facet arthropathy/ligamentum flavum: Mild
Spinal canal stenosis: None
Neural foraminal stenosis: Moderate bilateral

At L5-S1,
Disc: Discectomy and fusion
Facet arthropathy/ligamentum flavum: Mild
Spinal canal stenosis: Mild
Neural foraminal stenosis: Moderate bilateral

This report assumes that there are 5 non-rib bearing lumbar vertebral bodies with the L5 vertebral body articulating with the sacrum. Accurate numbering of the spine levels would require imaging of the thoracolumbar spine to count ribs.

IMPRESSION:


1. Postoperative changes.
2. Multilevel discogenic and facet degenerative changes. Central canal and foraminal narrowings at several anatomic levels, as detailed.
3. Interval resolution of postoperative seroma in the laminectomy bed at L3.

## Result Information
Status: Final result (Exam End: 2/25/2022 11:53 AM)

## Signed
Electronically signed by Bergey, Philip David, MD on 2/25/22 at 1244 EST

## Imaging Study Report
Help me understand this report

Name: Everett Stern | DOB: 8/29/1984 | MRN: 442281978 | PCP: Kurt Richard Crowley, MD

# MR Lumbar Spine w and wo IV Contrast Neuro - Details

**Study images can be viewed only when signed in to myPennMedicine.**

## Imaging Study Report
Help me understand this report

## Radiology Images
Show images for MR LUMBAR SPINE W AND WO IV CONTRAST NEURO

## Study Result
Narrative & Impression

CLINICAL INFORMATION: 37 years old. Status post L2-3 laminectomies and resection of epidural fat on 8/18/2021. Re-exploration with hematoma evacuation at laminectomy site on 8/24/2021. Persistent low back pain.

TECHNIQUE: Routine MRI of the lumbar spine without and with intravenous contrast.

Contrast: 17 mL  GADOTERATE MEGLUMINE 10 MMOL/20ML IV SOLN intraVENOUS.

COMPARISON: Multiple priors, most recent MR lumbar spine 8/23/2021.

FINDINGS:

Mild straightening of lumbar spine. Vertebral body heights preserved. Multilevel marrow endplate degenerative changes, greatest at L3-4 through L5-S1.

Redemonstrated postsurgical changes from recent L2-3 decompressive laminectomies. Prior L3-S1 laminectomies. Discectomies at L3-4, L4-5, and L5-S1 with placement of intervertebral disc spacer. Screw tracks in L3-S1 from prior posterior fusion hardware.

Postsurgical collection in the laminectomy bed at L2 and L3, measuring approximately 5.6 x 2.2 x 4.0 cm AP x TRV x CC, which extends along the left epidural space at L2-3. This likely represents reaccumulation since 8/23/2021, given interval evacuation of prior hematoma. Associated mass effect and severe narrowing of the spinal canal at L2-3, with marked crowding of the cauda equina nerve roots, increased compared to 8/23/2021.

No other levels of high-grade spinal canal narrowing.

Additional posterior lumbar incisional changes with a small amount of subcutaneous fluid along the midline incision.

Conus is normal in signal and terminates at the L1 vertebral level.

Degenerative changes of the sacroiliac joints.

IMPRESSION:

1. Postoperative changes from recent L2-3 laminectomies and prior L3-S1 discectomies.

2. Fluid collection in the laminectomy bed at L2 and L3 extending into the left epidural space at the L2-3 disc level, causing severe spinal canal narrowing and increased crowding of the cauda equina nerve roots compared to 8/23/2021. This presumably represents reaccumulation of fluid since postsurgical evacuation on 8/24/2021.

RESULT NOTIFICATION: These observations were discussed with and acknowledged by Rhoda Sulzbach, CRNP on 9/10/2021 at 11:24 AM.

FOLLOW-UP NOTICE: A finding is present that may require medical care within 3 months. This report has been flagged to inform the patient to contact their ordering provider to discuss the finding. [FOL3M]

ATTENDING PHYSICIAN AGREEMENT [ATT03]:
I have personally reviewed the images and agree with the report without modification.

## Result Information

Status: Final result (Exam End: 9/10/2021 10:04 AM)

## Signed

Electronically signed by Mohan, Suyash, MD on 9/10/21 at 1224 EDT

## Imaging Study Report

Help me understand this report

MyChart® licensed from Epic Systems Corporation © 1999 - 2022