# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, | ) |
| Plaintiff, | ) |
| v. | ) No. 8:22-cv-01250 (TBS/AAS) |
| EVERETT STERN, | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF LEAD COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 2.02(a), that Plaintiff Michael T. Flynn designates Jason C. Greaves of Binnall Law Group, PLLC, as the lead counsel in this proceeding, with Jared J. Roberts remaining as co-counsel.

Dated: August 31, 2022

Respectfully, submitted

/s/ *Jason C. Greaves*
Jason C. Greaves (admitted pro hac vice)
Jared J. Roberts (Fl. Bar No. 1036550)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
　　　　jared@binnall.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jason C. Greaves*
Jason C. Greaves
