# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                      Case No.:   8:22-cv-01250

EVERETT STERN,

    Defendant.

_____/

## DEFENDANT'S SUPPLEMENT
## TO MOTION TO TRANSFER VENUE (Doc. 22)

Defendant, EVERETT STERN, by and through the undersigned counsel, pursuant to this Court's September 1, 2022 Order (Doc. 24) hereby Supplements Defendant's Motion to Transfer Venue and states:

1. On September 2, 2022, the undersigned attorney spoke by telephone with Jason Greaves, lead counsel for Plaintiff, regarding the Motion to Transfer Venue.

2. Plaintiff's counsel advised Plaintiff is opposed to the Motion to Transfer Venue and would be filing a response in opposition thereto.

3. The attorneys thereafter scheduled a time for a Rule 16 conference to further discuss the management of this case in accordance with the Federal Rules of Civil Procedure.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing **Appearance as Counsel** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314; on September 4, 2022.

/s/ *Dorothy V. DiFiore*
**Dorothy Venable DiFiore, Esq**., FBN: 0962139
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
dorothy.difiore@qpwblaw.com *primary*
Ronald.Cochran-LaFleur@qpwblaw.com
ddifiore.pleadings@qpwblaw.com *secondary*
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile: 813-286-9998
*Counsel for Defendant*