# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                           Case No.:    8:22-cv-01250

EVERETT STERN,

    Defendant.

_____/

## **NOTICE OF RELATED ACTION**

Defendant, EVERETT STERN, by and through the undersigned attorney and pursuant to Local Rule 1.07(c), and states:

I HEREBY CERTIFY that the above-captioned case:

☐    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

[X]    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

[ CERTIFICATE OF SERVICE ON FOLLOWING PAGE ]

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing **Appearance as Counsel** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314; on September 4, 2022.

/s/ *Dorothy V. DiFiore*
**Dorothy Venable DiFiore, Esq**., FBN: 0962139
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
dorothy.difiore@qpwblaw.com *primary*
Ronald.cochran-lafleur@qpwblaw.com *secondary*
ddifiore.pleadings@qpwblaw.com *secondary*
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile:  813-286-9998
*Counsel for Defendant*