# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                                                     Case No.:   8:22-cv-01250

EVERETT STERN,

    Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, EVERETT STERN, pursuant to Fed. R. Civ. P. 7.1(a) files the following certificate of interested persons and corporate disclosure statement:

1. The name of each person, attorney, associated persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the case:

    **Dorothy V. DiFiore**, Esq., Counsel for Defendant
    **Quintairos, Prieto, Wood & Boyer, P.A.,** Counsel for Defendant
    **Everett Stern**, Defendant
    **Homesite Insurance Company,** Liability Insurance Co. for Defendant

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

    **None Known**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors)

    **None known.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **None known**.

[ CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE ]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing **Appearance as Counsel** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314; on September 4, 2022.

/s/ Dorothy V. DiFiore
**Dorothy Venable DiFiore, Esq**., FBN: 0962139
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
dorothy.difiore@qpwblaw.com *primary*
Ronald.Cochran-lafleur@qpwblaw.com *secondary*
ddifiore.pleadings@qpwblaw.com *secondary*
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile:  813-286-9998
*Counsel for Defendant*