| | | |
|---|---|---|
| EVERETT STERN | § | APPELLATE DIVISION THIRD |
| | § | DEPARTMENT |
| *Complainant,* | § | |
| | § | |
| v. | § | SUPREME COURT OF NEW YORK |
| | § | |
| IVAN RAIKLIN | § | |
| | § | |
| *Respondent.* | § | MEMORANDUM IN SUPPORT OF |
| | § | ATTORNEY ETHICS COMPLAINT |
| | § | |

## MEMORANDUM IN SUPPORT OF COMPLAINT FOR MISCONDUCT

### INTRODUCTION

COMES NOW Complainant Everett Stern (hereinafter, the "Complainant") and alleges the following violations of the New York Rules of Professional Conduct against Respondent, Ivan Raiklin ("Respondent"). The statements below are regarding events and conversations that occurred in the Spring and Summer of 2021 between the personnel listed in the next Section. The events that occurred herein, and the processes in place that allow them to continue, pose a serious threat to United States government officials and the National Security of the United States.

### PERSONNEL AND ENTITIES ASSOCIATED WITH THIS COMPLAINT

#### Individuals

1. **Gen. Michael Flynn** - https://en.wikipedia.org/wiki/Michael_T._Flynn https://t.me/GenFlynnn. Gen. Flynn by and through his attorney, Ivan Raiklin, controls an organization called the Patriot Caucus, https://www.patriotcaucususa.com/. The Patriot Caucus is operated by Mark Still and Velma Anne Ruth, who is the person quoted herein as saying, "We will accomplish the mission by any means necessary, including the use of domestic terrorism."

2. **Ivan Raiklin** – https://www.linkedin.com/in/ivanraiklin/, https://t.me/s/IvanRaiklin is also associated with:
    a. Rudy Giuliani, former Trump legal team member, and
    b. Sidney Powell, https://t.me/s/SidneyPowell, former Flynn and Trump lawyer.

3. **Velma Anne Ruth** – https://www.linkedin.com/in/absnetwork. Velma Anne Ruth is the President & Founder of Independent Review, Inc., a boutique consulting firm supporting prominent private clients in Washington, D.C. and abroad in domestic and international finance, strategic market research and targeted marketing, federal certifications, risk mitigation and compliance, government, and public relations https://registeredindie.net/.

4. **Mark Still** - No information can be obtained about Mark Still. His name is believed to be an alias, although he is pictured in Images 0351, 0354, and 0355 of Exhibit A.

5. **"Kevin"** – America First Movement - https://www.patriotcaucususa.com/the-america-first-movement.

6. **Rick Saccone, PhD** – Rick Saccone - Wikipedia.

7. **Al Hartman** – President, CEO, and Chairman of the Board of Directors at Hartman Advisors and the CEO of Hartman Income REIT Management https://alhartman.com/. Al Hartman works with Ivan Raiklin, Velma Anne Ruth, Mark Still, and Army Lt. Gen. Michael Flynn in various capacities. In particular, Hartman has spoken to Ruth on many occasions.

8. **Peggy Buhalo** – Patriots of Lancaster County (Philadelphia/Eastern Pennsylvania).

9. **Congresswoman Maxine Waters** – U.S. Representative for California's 43rd congressional district https://waters.house.gov/, https://en.wikipedia.org/wiki/Maxine_Waters.

10. **Flip Flippin** - Founder and Chairman of Flippen Group, one of the fastest-growing educator training, corporate talent, and team development companies in North America. https://flippengroup.com/team/flip-flippen/.

11. **Sen. Doug Mastriano** – United States Senator representing Pennsylvania's 33rd District, serving Adams, Cumberland, Franklin, and York counties. https://senatormastriano.com/.

12. **Sidney Powell** – Attorney for General Flynn - https://t.me/s/SidneyPowell, https://en.wikipedia.org/wiki/Sidney_Powell.

13. **Rep. Brian Fitzpatrick** – United States Congressman, Pennsylvania's First District https://fitzpatrick.house.gov/.

14. **Patrick (Pat) Joseph Toomey, Jr.** - American businessman and politician serving as the junior United States Senator from Pennsylvania since 2011. toomey.senate.gov, https://en.wikipedia.org/wiki/Pat_Toomey.

15. **Lawrence Tabas** – Chairman of the Republican Party of Pennsylvania http://www.pagop.org/member/lawrence-tabas/.

16. **Thomas W. King, III** – General Counsel for the Pennsylvania GOP https://dmkcg.com/add-professional/thomas-w-king-iii/.

17. **Everett A. Stern** - U.S Senate Candidate 2022 PA-R, CEO & Intelligence Director, Tactical Rabbit, Inc. www.TacticalRabbit.com / www.EverettStern.com.

**Entities**

1. **The Patriots of Lancaster County**
    a. https://www.facebook.com/patriotsoflancastercounty/
    b. https://www.thelancasterpatriot.com/

2. **Patriot Caucus**
    a. http://www.patriot-caucus.com
    b. https://www.patriotcaucususa.com/

3. **Hartman Advisors / Hartman Income REIT Management**
    a. https://alhartman.com/

4. **Federal Bureau of Investigation (FBI)** - Welcome to FBI.gov — FBI

**JURISDICTION**

1. Pursuant to Judiciary Law §90, the Rules for Attorney Disciplinary matters (22 NYCRR Part 1240) and the Rules of the Appellate Division, Third Department (22 NYCRR Part 806), this Board has personal jurisdiction over Respondent because he is a New York attorney practicing law in New York and the acts or omissions giving rise to this complaint occurred in Pennsylvania.

## VENUE

1. Venue is proper in Department 3, New York, pursuant Judiciary Law §90, the Rules for Attorney Disciplinary matters (22 NYCRR Part 1240) and the Rules of the Appellate Division, Third Department (22 NYCRR Part 806), because Department 3 is the Judicial Department of Admission for the Respondent. However, the Complainant acknowledges that the acts or omissions forming the basis for this Complaint occurred in Pennsylvania.

## FACTUAL BACKGROUND

On Monday, April 26, 2021, Pennsylvania Candidate for U.S. Senate Everett Stern gave a speech at the Berks County Republican Committee Spring/Dinner Kick-Off at Stokesay Castle, in Reading, Pennsylvania, see Exhibit B and Exhibit F. After the speech and subsequent dinner reception, Stern was approached by Mark Still and Velma Anne Ruth. Still and Ruth stated that they were part of the Patriot Caucus. Stern had not yet heard of the Patriot Caucus and believed them to be from The Patriots of Lancaster County, a Republican-backed organization. Stern did not realize the difference between the two organizations at that time. Ruth described to Stern that the Patriot Caucus is pro-national security, and she wanted Stern's assistance in helping the Patriot Caucus advance their mission to protect the USA. Still and Ruth gave Stern their Patriot Caucus personalized business cards and exchanged other contact information with Stern.

Ruth then told Stern that she was going to reach out to him in about a week to discuss how he could help the Patriot Caucus organization with their mission. Ruth said that the Patriot Caucus wanted to gather intelligence, and that Sen. Doug Mastriano might need help. Stern relayed that he had met Sen. Mastriano on a previous occasion. Ruth then made a second introduction between Stern and Sen. Mastriano later that same evening.

Both prior to the Berks County Kick-Off event and afterwards, several telephone calls were made between Stern and Al Hartman. Hartman was introduced to Stern by a connection of a connection. The phone calls were made under the guise of donation solicitations, rather than as a potential business exchange. Stern has never met Hartman in person, nor has Stern done any type of business with Hartman. Upon further research, Stern became aware that Hartman is CEO of the Hartman Group and is a billionaire real estate mogul. On one "donor" call, Hartman stated he wanted to make introductions, via text, between Stern and Army Lt. Gen. Michael Flynn and a man named "Kevin" from the America First Movement https://www.patriotcaucususa.com/the-america-first-movement. It is unknown how Hartman knows General Flynn. Hartman then made another introduction, this time between Stern and Respondent, by patching Stern through on a phone call.

Al Hartman's purpose in making these introductions to Stern was to bolster the movement to audit the results of the 2020 Presidential Election in the state of Pennsylvania. To this end, Hartman invited Stern to the For God & Country Patriot Roundup Conference in Dallas, Texas, on June 16, 2021 (the "Ziklag Conference," which is held only for Evangelical Christian persons with a net worth of $25 million or more (*i.e.*, the top 100 Evangelical Christian Families in the United States)). Hartman advised Stern that Gen. Flynn would be in attendance at the conference and arranged for a private meeting to occur between Gen. Flynn and Stern at the Omni Dallas Hotel. Stern did not attend this meeting or the conference.

Approximately one week after the Berks County Kick-Off, a multi-party phone call took place between Stern, Ruth, and Still. Ruth stated that she wanted to be careful about what was said, because they were on an open line, and there was a "National Security Risk" at play. Ruth

went on to state that the National Security Risk was posed by the Biden Administration, and basically amounted to Former President Trump not being in office as the President of the United States. Ruth said that the "audit" of the Pennsylvania election results was very important and should be pushed through so that Trump could be reinstated as President.

At this time, Stern asked again about the group they [Ruth and Still] were from; and realized that the Patriot Caucus was not the same group as the Republican-backed Patriots of Lancaster County group he initially thought he was dealing with. Ruth went on to state that the Patriot Caucus recruits former intelligence agents and foreign intel officers in order to carry out its objectives. This statement piqued Stern's interest, as foreign involvement in the United States government raises serious red flags relating to national security.

Ruth further relayed to Stern that she was interested in Tactical Rabbit, Stern's private intelligence organization, because Tactical Rabbit and Stern could provide intelligence services that could help the Patriot Caucus with their National Security mission. Stern asked Ruth, "Who do you work for?" to which Ruth replied, "Gen. Flynn." (Hence, against the FBI.) Alarm bells immediately went off in Stern's head. Nevertheless, Stern made the immediate decision, while on the telephone with Ruth and Still, to play double agent to see how credible of a threat they, and the Patriot Caucus, were to the United States.

Finally, Ruth stated that they [Patriot Caucus] need Tactical Rabbit to gather intelligence. As candidate for U.S. Senate, Stern has access to certain people, and through his company, Tactical Rabbit, has the capabilities to gather intelligence against public officials (*i.e.*, congressmen, judges, senators). Stern asked Ruth if she wanted opposition research, to which Ruth replied, "No, we want actionable intelligence so we can move said officials towards voting

in favor of the audit." In layman's terms, Ruth was inferring extortion, and was okay with doing this "by any means necessary" (Ruth's actual words). Stern replied that he/Tactical Rabbit would help, but in no circumstance did Tactical Rabbit actually help Patriot Caucus with intelligence, or do business with, any entity related to Patriot Caucus and/or its affiliated individuals.

On June 6, 2021 (a few days after the conference call with Ruth and Still), Hartman called Stern, stating, "We need to push for this audit, and we need your/Tactical Rabbit's expertise. I will put you in touch with Ivan [Respondent], and he will put you in touch with Patriot Caucus." Hartman further stated that he knew these people. His statement was solidified when the call was patched through to Respondent.

Respondent asked Hartman to drop off the telephone line. Respondent informed Stern that he is a Green Beret. Respondent started to interrogate Stern over the telephone and asked about Stern's classified background. Respondent then stopped the telephone call and started texting Stern instead. He went on to ask about family and associations and did extensive due diligence on Stern, *see* June 6, 2021, texts on Exhibit A. Respondent initially wanted to meet with Stern in Washington DC, then later put the proposed meeting on hold, *see* June 8, 2021, texts on Exhibit A.

The next day, Respondent texted Stern, stating that he wanted Stern to give a speech to Patriot Caucus in Lancaster, Pennsylvania on June 12, 2021. Respondent then patched the telephone call through to Ruth and Still to coordinate, and to confirm that they wanted to watch Stern deliver his speech. The plan was for Ruth, his operative, to come listen to the speech and then give Stern a "target." Stern stated that he could "get tied up in this" and did not know who

to trust. Stern then called Special Agent Piro, Head of the Miami Field Office for the FBI. Stern received the requested FBI assistance and told Stern there is "no time to scramble on this, do what you need to do and don't break any laws." *See* later conversation with FBI, Exhibit E.

In Stern's mind, the objective was to give a speech in Lancaster, Pennsylvania, which totally undermined his own values and beliefs, and which would essentially throw away his Senate campaign, in exchange for attaining a target from Patriot Caucus and reporting his findings to the FBI. The verbiage in the speech was drafted to appease the operatives of the Patriot Caucus to gain their trust and to further Stern's investigation, as double agent, into their operations. Stern did, in fact, deliver his speech as drafted; and by doing so, essentially broke from the Republican Party.

Ruth arrived at the Lancaster speech wearing a clothing similar to a full paramilitary uniform. Ruth was in deep conversation talking with a John Doe. Before Ruth had a chance to come over to Stern, he decided to approach her and the John Doe instead. Stern reached out to the person Ruth was speaking to and asked that everyone pose for a photo for his Senate campaign, *see* images 0255 and 0259 on Exhibit A. Ruth then approached Stern to talk business and showed Stern a database of targets on her iPad. Stern asked who the target was, and Ruth stated, "Congressman Brian Fitzpatrick, moderate Republican, to push toward the audit and an 'enemy of Flynn' due to his public corruption-specialized FBI service." Ruth stated, "We have to get the audit overturned, have to get Sen. Brian Fitzpatrick, and we will accomplish the mission by any means necessary, including the use of domestic terrorism." Note: The John Doe in images 0255 and 0259 was Brian Fitzpatrick's old opponent, Andy Meehan, former congressional candidate for the Pennsylvania First District.

Stern received the target name and then left the Lancaster event. Stern then sent all intel to the FBI and notified the agency that Sen. Brian Fitzpatrick was the target of Patriot Caucus's operations. After alerting the FBI, Stern reached out via email on June 21, 2021, to Lawrence Tabas, head of the Pennsylvania GOP, explaining the urgency of the situation and requesting a meeting to discuss the events which transpired and the corresponding threat to Sen. Fitzpatrick, stating, "I have a duty to warn you of the impending actions against one of our fellow party members." *See* Exhibit C. Tabas did not reply to Stern's email warning. Instead, Stern received a response from Thomas King III on June 22, 2021, stating that he is the general counsel for the Pennsylvania GOP, and asked Stern to call him to discuss, see Exhibit D. Stern called King in response to the email and notified King of the Patriot Caucus targeted threat to Sen. Fitzpatrick and the possibility of other potential harms. King dismissively replied to Stern's warnings by stating, "we will take care of it."

Stern plans to file complaints of ethics violations with the Pennsylvania Disciplinary Board against Tabas and King, who are both Pennsylvania attorneys, for not alerting a congressman when they were warned against a domestic terrorism attack specifically aimed at that particular congressman. Stern will also file complaints of ethics violations with the Pennsylvania Attorney Disciplinary / Grievance Committee against Lawrence Tabas and Thomas W. King, III for failing to report the illegal activities to the victims or the authorities. All Complaints will be sent to the Department of Justice, Federal Bureau of Investigation, and other law investigative bodies, as applicable.

*See* Exhibit A for the full timeline of conversations which occurred over text message.

### FIRST CAUSE OF ACTION
### Against All Defendants for Violation of Rule 8.4(b)

Under the New York Rules of Professional Conduct, an attorney commits professional misconduct if the attorney engages in illegal conduct that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects. N.Y. R. Pro. Conduct R. 8.4(b).

Misprision of a felony under 18 U.S.C. § 4 requires all citizens to report a felonious act. The citizen's duty to "raise the 'hue and cry' and report felonies to the authorities," *Branzburg v. Hayes*, 408 U.S. 665, 696 (1972), was an established tenet of Anglo-Saxon law at least as early as the 13th century. *Roberts v. United States*, 445 U.S. 552, 557 (1980); *see* 2 W. Holdsworth, History of English Law 101-102 (3d ed. 1927); 4 *id.*, at 521-522; *see also* Statute of Westminster First, 3 Edw. 1, ch. 9, p. 43 (1275); Statute of Westminster Second, 13 Edw. 1, chs. 1, 4, and 6, pp. 112-115 (1285). The first Congress of the United States enacted a statute imposing criminal penalties upon anyone who, "having knowledge of the actual commission of [certain felonies], shall not conceal, and not as soon as may be disclose and make known the same to [the appropriate] authority. . . ." Act of Apr. 30, 1790, § 6, 1 Stat. 113. Although the term "misprision of felony" now has an archaic ring, gross indifference to the duty to report known criminal behavior remains a badge of irresponsible citizenship. *See* 18 U.S.C. § 4.

As this Board may already know, the threat of, and conspiracy to commit, domestic terrorism or extortion may be considered felony crimes under Federal and Pennsylvania laws. Even the making of terroristic statements in jest or as a hoax is considered a crime. *See, e.g.*, Think Before You Post: Hoax Threats are Serious Federal Crimes, FBI, https://www.fbi.gov/news/stories/hoax-threats-awareness-100518 (last visited Apr. 4, 2021)

(describing harm posed by hoax threats). Hoaxes may violate a federal statute that makes it a crime to engage in "any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation" of one of several chapters of the federal criminal code, including those governing terrorism and firearms, among others. 18 U.S.C. § 1038. DOJ has used the federal hoax statute to prosecute conduct such as reporting false bomb threats to law enforcement. Press Release, U.S. Dep't of Justice, Massachusetts Man Sentenced to More than 17 Years in Prison for Cyberstalking Former Housemate and Others, Computer Hacking, Sending Child Pornography and Making Over 100 Hoax Bomb Threats (Oct. 3, 2018), https://www.justice.gov/opa/pr/massachusetts-man-sentenced-more-17-years-prison-cyberstalking-former-housemate-and-others.

Not only does the misprision of a felony require that one report a crime, but there are affirmative duties to warn others that a crime is in process. *See Matter of Savedoff*, 2019 NY Slip Op 08543, 179 A.D.3d 19, 113 N.Y.S.3d 80 (App. Div. 1st Dept.); *Matter of McKenzie*, 2019 NY Slip Op 06729, 177 A.D.3d 134, 107 N.Y.S.3d 292 (App. Div. 1st Dept.). In *Matter of McKenzie*, the Appellate Division 1st Department held that McKenzie must be suspended for compounding a crime (misprision) in the U.S. Virgin Islands. Notably, McKenzie and his act or omission occurred in the USVI, substantially similar to our case, where the acts or omissions occurred in Pennsylvania.

In Pennsylvania, the Supreme Court held that a mental health counselor had a duty to protect a woman from her ex-boyfriend when he threatened during a counseling session to harm her. *Walters v. UPMC Presbyterian Shadyside*, 646 Pa. 746, 762 (2018). Acknowledging the

general common-law rule that there is no duty to control the conduct of a third party to protect another individual from harm, we noted that an exception exists "where a defendant stands in some special relationships with either the person whose conduct needs to be controlled or in a relationship with the intended victim of the conduct, which gives to the intended victim a right of protection." *Id.* (*citing* Restatement (Second) of Torts § 315).

Along the same vein, prison officers were charged with misprision for failing to report drug smuggling throughout the prison in which they worked. The officers argued that, at most, they had a departmental duty to report, which should result in termination of their employment with the prison. However, the Court disagreed. In its opinion, the Court held that "[t]he breach by these officers amounted to more than a mere shirking of a moral duty. Although the defendants were not charged with misprision of a felony, 18 U.S.C. § 4, the conduct of Officer Torok and Officer Blount was sufficiently egregious as to amount to a violation of that statute. Defendants' attempt to diminish the significance of their failure to act is unpersuasive." *United States v. Blount*, 940 F. Supp. 720, 730-31 (E.D. Pa. 1996).

The Complainant, and the information provided by him should be considered above reproach. As of right now, the Complainant is a member of the Pennsylvania GOP and is respected as a candidate for U.S. Senate. The Complainant is also the owner of a private intelligence company well-known for supporting the Federal government in its efforts to bring justice to our country. He is also known globally as the whistleblower for violations of the Bank Secrecy Act and the Anti Money Laundering/Countering the Financing of Terrorism (AML/CFT) regulations, which resulted in one of the world's largest fines. His efforts as a whistleblower inside the HSBC money laundering scandal uncovered billions of dollars in illegal money laundering transactions and he subsequently passed the intelligence to the CIA and then the FBI. The Complainant brought down the terrorist and drug cartel financing operation, which led to an SEC fine of $1.92 billion against the company. Such history should show that the Complainant has an exceptional amount of skill and ability in rooting out corruption, dishonesty, and fraud.

In our case, the Respondent received reliable and credible information that extortion and domestic terrorism were being carried out against other members of the GOP. Indeed, the Respondent is a party to the conspiracy and has actual knowledge of the plot to extort a U.S. Congressperson, as he was present during the conversations to that effect. In fact, if you look closely to Image 0355 of Exhibit A, you can see that the Respondent has some of the information regarding the targets in front of him.

When the plot to extort or conduct domestic terrorism surfaced in his presence, the Respondent had no reason to have doubted the information's credibility or actionability. In fact, corroboration of the threat exists in the current news cycle through credible sources and is easily searched on the internet. *See, e.g.*, Report: Foreign and domestic groups contribute to heightened terrorist threat - The Washington Post, (Aug. 13, 2021); Domestic Extremists Motivated By Election Fraud 'Narrative' Could Commit More Violence This Year, Threat Assessment Finds (forbes.com), (Mar. 17, 2021); Feds warn of potential violence fueled by false election claims (nbcnews.com), (Aug. 11, 2021); New Report Warns of Rising Threat of Domestic Terrorism - The New York Times (nytimes.com), (Jun. 15, 2021); White nationalist Sovereign American Project in Florida - South Florida Sun-Sentinel, (Jan. 20, 2021). Such information, in the hands of the Respondent, was actionable solely under the misprision statutes. Nonetheless, in

Pennsylvania, the Respondent carried additional duties to warn the other members of the GOP that crimes against them were in process.

In this case, the Respondent is an attorney licensed in the State of New York and is a member or represents the Patriot Caucus. In fact, as seen in Image 0355 of Exhibit A, the Respondent is closely tied to the personnel that made the illegal comments—effectively making him complicit in the conspiracy to commit domestic terrorism. Close inspection of Image 0355 will show that the Respondent and his co-conspirators possess information on the target Congresspeople. By virtue of his position, the Respondent is uniquely positioned to lead, guide, counsel, and mentor other members of his party—a special relationship that would naturally afford the other members of his party guidance—on whether their actions constitute a crime. The relationship, while the Complainant understands is unusual for Pennsylvania law, is nonetheless sufficient to hold the Respondent liable for failing to inform the victims of the domestic terrorism or extortion, or the authorities. This relationship is one in which the Respondent has an affirmative obligation to warn and report—he is a party to the conspiracy and an attorney. Such a relationship brings the Respondent well within the realm of actual knowledge of the conspiracy to commit domestic terrorism or extortion of U.S. Congresspeople, and an absolute duty to warn those Congresspeople and report the conspiracy to the authorities.

So, when Ruth approached the Complainant and stated that the target is "Congressman Brian Fitzpatrick, moderate Republican, to push toward the audit and an 'enemy of Flynn' due to his public corruption-specialized FBI service," and that "We will accomplish the mission by any means necessary, including the use of domestic terrorism." there should have been no hesitation whatsoever in taking

responsibility as a citizen and attorney to hold those individuals, and the Patriot Caucus, responsible for the threat of domestic terrorism.

Concurrently, there should have been no hesitation in the Respondent to report extortion of government officials, either. Nonetheless, when the Complainant was approached by Ruth to conduct intelligence gathering "by any means necessary" for the purposes of extortion, all personnel that had knowledge of this extortion attempt—including the Respondent—had a duty to warn the Congressperson and the authorities. However, the Respondent apparently did nothing.

### CONCLUSION

The Respondent bears several duties to warn others of threats to their safety or security. Plainly, the Respondent carried the duty to report a felony under the misprision statutes. However, the Respondent knowingly accepted the additional responsibilities to warn against and report crimes committed, or about to be committed, as a member of the same organization conspiring to conduct the domestic terrorism and extortion. Therefore, because the Respondent had the affirmative duties under the law to warn and report crimes, and the failure to report results in a crime itself, the Respondent must be found to have violated Rule 8.4(b).

### PRAYER FOR RELIEF

WHEREFORE, Complainant demands injunctive relief, in favor of the United States and the Complainant and against Respondent as follows:

A. Enjoining Respondent, counsel, and all persons acting in concert with them from practicing law in the State of New York or in any other state in the United States.

B. Awarding Complainant the costs of Respondent's destructive action to the United States, including reasonable attorneys' and experts' fees; and

C. Granting such other and further relief as this Board may deem just and proper.

Respectfully submitted,

Everett A. Stern

## EXHIBIT A

### SUMMARY TIMELINE OF EVENTS

<u>Image 0364</u>

March 3, 12:17 pm
*Al Hartman*: Everett, I just called you but your mailbox is full. Please call me when you get a. This is Al Hartman whom you met on a call with Flip Flippen last week.

Tue April 6th 11:43 am
*Al Hartman*: Everett, I just left you a message. Please call me.
*Everett Stern*: Thank you for calling! Happy Easter! I will be calling momentarily. I look forward to speaking with you! -Everett
*Everett Stern*: Hi Al! I just tried calling you. Please let me know a good time to give you a call.

Sat April 10th 2:04 pm
*Al Hartman*: Everett, sorry that I missed your call. I just called back.
*Everett Stern*: I will call back in 5 min

<u>Image 0363</u>

Sat April 10, 4:50 pm
*Al Hartman* - Fwd: Kevin, Everett Stern is running for senate in Pennsylvania. He has been communicating with General Flynn, but the General does not know him. He is in the lead in a field of 5. He is a strong believer and runs a $100,000 million defense contractor firm. Is there any way possible to connect him with the General? What would you recommend?

Sun April 11, 10:25am
Fwd: yes sir I will be with Gen Flynn tomorrow and Monday



Fwd: