

# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 9/12/2022 3:25:18 PM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G |
| **Case Number:** | 502019CA000793XXXXMB |
| **Case Docket:** | ORDER SETTING JURY TRIAL |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting
https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html .

**The web address shown above contains an embedded link to the verification page for this particular document.



IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: AD
CASE NO.: 50-2019-CA-000793-XXXX-MB

EVERETT A STERN,
    Plaintiff/Petitioner
vs.
DAV EL OF PALM BEACH INC,
RICHARD A GRANATA, et al.,
    Defendant/Respondents.
_____/

## ORDER SETTING JURY TRIAL AND
## DIRECTING PRETRIAL AND MEDIATION PROCEDURES

### I. SCHEDULING

This action is set for Jury Trial on the **Court's trial docket** sometime between AUGUST 1, 2022 and SEPTEMBER 23, 2022. **E-CALENDAR CALL IS SET FOR JULY 22, 2022. COMPLETION OF THE E-CALENDAR CALL FORM IS REQUIRED BY THE SCHEDULED DATE OF E-CALENDAR CALL.** The Court has reserved SEVEN (7) DAYS for the trial of this cause.

### E-CALENDAR CALL

DIVISION AD has adopted an **E-Calendar** Call. Counsel/parties must comply with the instructions for E-Calendar Call as listed on the Division AD webpage and in "Exhibit A" of this Order. The "E-Calendar Call Form" (Exhibit A) shall be completed and submitted by email to CAD-DivisionAD@pbcgov.org no later than the date E-Calendar Call is scheduled.

The trial will be scheduled sometime during the trial docket period at a date and time to be provided by counsel in the E-Calendar Call Form, subject to the Court's ordering a later case setting. The trial shall be set during each of the weeks of this trial period **unless counsel sets forth specific conflict dates, which dates shall be limited to personal conflicts and prepaid vacations**.

### CASE MANAGEMENT ORDER

Pursuant to Fla. Admin. Order AOSC20-23, Amendment 10 (Fla. March 9, 2021) and Administrative Order 3.108, a Case Management Order ("CMO") may have been previously entered in this case. The CMO sets forth, *inter alia*, deadlines for the following:

a) Completion of Fact Witness Discovery;
b) Completion of Expert Discovery; and

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 01/03/2022 09:34:03 AM

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G Page 1 of 9

c) Alternative Dispute Resolution (Mediation).

**The parties shall abide by the terms and strictly comply with the deadlines set forth in the CMO.**

II. <u>**UNIFORM PRETRIAL PROCEDURE**</u>

    A. On the last business day no later than <u>**90 DAYS PRIOR TO CALENDAR CALL**</u>, the parties shall exchange lists of all trial exhibits, names and addresses of all trial witnesses, and names and addresses of all expert witnesses.

    B. On the last business day no later than <u>**60 DAYS PRIOR TO CALENDAR CALL**</u>, the parties shall exchange lists of names and addresses of all rebuttal witnesses.

    C. In addition to names and addresses of each expert retained to formulate an expert opinion with regard to this cause, both on the initial listing and on rebuttal, the parties shall provide:

1. the subject matter about which the expert is expected to testify;
2. the substance of the facts and opinions to which the expert is expected to testify;
3. a summary of the grounds for each opinion;
4. a copy of any written reports issued by the expert regarding this case;
5. a copy of the expert's curriculum vitae.

    D. On the last business day no later than <u>**30 DAYS PRIOR TO CALENDAR CALL**</u>, the parties shall confer and:

1. discuss settlement;
2. simplify the issues and stipulate, in writing, as to as many facts and issues as possible;
3. prepare a Pre-Trial Stipulation in accordance with paragraph E; and
4. list all objections to trial exhibits.

    E. **PRETRIAL STIPULATIONS MUST BE FILED.** It shall be the duty of counsel for the Plaintiff to see that the Pre-Trial Stipulation is drawn, executed by counsel for all parties, and filed with the Clerk no later than <u>**20 DAYS PRIOR TO CALENDAR CALL**</u>. UNILATERAL PRETRIAL STATEMENTS ARE DISALLOWED, UNLESS APPROVED BY THE COURT, AFTER NOTICE AND HEARING SHOWING GOOD CAUSE. Counsel for all parties are charged with good faith cooperation in this regard. The Pre-Trial Stipulation shall contain in separately numbered paragraphs:

1. a list of all pending motions, including <u>MOTIONS IN LIMINE and DAUBERT MOTIONS</u> requiring action by the Court and the dates those motions are set for hearing <u>(MOTIONS IN LIMINE and DAUBERT HEARINGS shall not be heard the day of the trial or thereafter)</u>.

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G  Page 2 of 9

2. stipulated facts which require no proof at trial which may be read to the trier of fact;
3. a statement of all issues of fact for determination at trial;
4. each party's numbered list of trial exhibits with specific objections, if any, to schedules attached to the Stipulation;
5. each party's numbered list of trial witnesses with addresses (including all known rebuttal witnesses); the list of witnesses shall be on separate schedules attached to the Stipulation;
6. a statement of estimated trial time;
7. names of attorneys to try case; and
8. number of peremptory challenges per party.
9. proposed jury instructions to be attached.

F. **FILING OF PRE-TRIAL STIPULATION.** Failure to file the Pre-Trial Stipulation or a Court Approved Unilateral Stipulation as above provided may result in the case being stricken from the Court's calendar at its sounding or other sanctions.

G. **ADDITIONAL EXHIBITS, WITNESSES OR OBJECTIONS.** At trial, the parties shall be strictly limited to exhibits and witnesses disclosed and objections reserved on the schedules attached to the Pre-Trial Stipulation prepared in accordance with paragraphs D and E, absent agreement specifically stated in the Pre-Trial Stipulation or order of the Court upon good cause shown. Failure to reserve objections constitutes a waiver. A party desiring to use an exhibit or witness discovered after counsel have conferred pursuant to paragraph D shall immediately furnish the Court and other counsel with a description of the exhibit or with the witness' name and address and the expected subject matter of the witness' testimony, together with the reason for the late discovery of the exhibit or witness. Use of the exhibit or witness may be allowed by the Court for good cause shown or to prevent manifest injustice.

H. **DISCOVERY.** Unless otherwise agreed in the Pre-Trial Stipulation, all discovery must be completed no later than <u>20 DAYS BEFORE THE DATE SET FOR CALENDAR CALL.</u>, absent agreement for later discovery specifically stated in the Pre-Trial Stipulation or for other good cause shown.

I. **PRE-TRIAL CONFERENCE.** No pre-trial conference pursuant to Fla. R. Civ. P. 1.200 is set by the Court on its own motion. If a pre-trial conference is set upon motion of a party, counsel shall meet and prepare a stipulation pursuant to paragraphs D and E and file the stipulation no later than **<u>10 DAYS BEFORE THE CONFERENCE</u>**. Failure to request a pre-trial conference in a timely fashion constitutes a waiver of the notice of requirement of Rule 1.200. Motions for Summary Judgment will not be heard at any pre-trial conference.

J. **UNIQUE QUESTIONS OF LAW.** Five days prior to calendar call, counsel for the parties are directed to exchange and simultaneously submit to the Court appropriate memoranda with citations to legal authority in support of any unique legal questions which may reasonably be anticipated to arise during the trial.

K. **MODIFICATION TO UNIFORM PRE-TRIAL PROCEDURE.** Shall be by

  court order only.

L. **PRE-MARKING EXHIBITS.** Prior to trial, each party shall meet with and assist the clerk in marking for identification all exhibits, as directed by the clerk.

M. **DEPOSITION DESIGNATIONS.** No later than **20 DAYS PRIOR TO CALENDAR CALL**, each party shall serve his, her, or its designation of depositions, or portions of depositions, each intends to offer as testimony in his, her or its case in chief. No later than **10 DAYS PRIOR TO CALENDAR CALL**, each opposing party shall serve his, her, or its counter (or "fairness") designations to portions of depositions designated, together with objections to the depositions, or portions thereof, originally designated. No later than calendar call, each party shall serve his, her or its objections to counter designations served by an opposing party.

N. **REQUIRED PRE-CALENDAR CALL MEETING.** No later than **FIVE DAYS PRIOR TO CALENDAR CALL,** counsel for the parties are required to meet and exchange all pre-marked exhibits and demonstratives that will be used at trial. Counsel for the parties are directed to collaborate on the production of proposed jury instructions and verdict form and submit same to the Court, prior to calendar call.

III. **MEDIATION**

A. All parties are required to participate in mediation.

 1. The appearance of counsel who will try the case and representatives of each party with full authority to enter into a complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.
 2. At least **ONE WEEK BEFORE THE CONFERENCE**, all parties shall file with the mediator a brief, written summary of the case containing a list of issues as to each party. If an attorney or party filing the summary wishes its content to remain confidential, he/she must advise the mediator in writing when the report is filed.
 3. All discussions, representations, and statements made at the mediation conference shall be privileged consistent with Florida Statutes sections 44.102 and 90.408.
 4. The mediator has no power to compel or enforce a settlement agreement. If a settlement is reached, it shall be the responsibility of the attorneys or parties to reduce the agreement to writing and to comply with Florida Rule of Civil Procedure 1.730(b), unless waived.

B. The Plaintiff's attorney shall be responsible for scheduling mediation. The parties should agree on a mediator. If they are unable to agree, any party may apply to the Court for appointment of a mediator in conformity with Rule 1.720 (f), Fla. R. Civ. P. The lead attorney or party shall file and serve on all parties and the mediator a Notice of Mediation giving the time, place, and date of the mediation and the mediator's name. The mediator shall be paid $175.00 per hour, unless otherwise agreed by the parties.

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G Page 4 of 9

C. Completion of mediation prior to calendar call is a prerequisite to trial. If mediation is not conducted, or if a party fails to participate in mediation, the case, at the Court's discretion, may be stricken from the trial calendar, pleadings may be stricken, and other sanctions may be imposed.

D. Any party opposing mediation may proceed under Florida Rule of Civil Procedure 1.700(b).

IV. **NONCOMPLIANCE**

**NONCOMPLIANCE WITH ANY PORTION OF THIS ORDER MAY RESULT IN THE STRIKING OF THE CASE, WITNESSES, OR EXHIBITS, OR IMPOSITION OF SUCH OTHER SANCTIONS AS ARE JUST.**

NOTE: In accordance with the 15th Judicial Circuit's Administrative Order 2.310-4/13, please ensure that *primary and secondary email addresses are registered with Court Administration at www.15thcircuit.com/onlineservices.* The filing of an email designation with the Clerk's Office is NOT a registration with Court Administration for judicial e-service of orders. If you do not register with the 15th Circuit as set forth above, your e-service address will auto-populate with your Florida Bar e-mail address and may result in orders going to e-mail addresses which are not frequently checked or are no longer in use.

In accordance with Administrative Order 2.311-2/13, when an attorney is no longer counsel of record on a case, the attorney must update his or her primary and secondary email addresses with the Clerk of Court. (See exhibits attached to A.O. 2.311.)

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

> 50-2019-CA-000793-XXXX-MB  01/03/2022
> Jaimie R. Goodman
> Circuit Judge

50-2019-CA-000793-XXXX-MB  01/03/2022
Jaimie R. Goodman
Circuit Judge

**COPIES TO:**

| | | |
|---|---|---|
| JAMES JOSEPH WICKER II ESQ | 515 N FLAGLER DR SUITE 1600 WEST PALM BEACH, FL 33401 | WPBCRTPLEADINGS@WICKERSMITH.COM swicker@wickersmith.com orlcrtpleadings@wickersmith.com kspigle@wickersmith.com kspengler@wickersmith.com lrafferty@wickersmith.com |

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G Page 5 of 9

Case No. 50-2019-CA-000793-XXXX-MB

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G Page 6 of 9

| | | |
|---|---|---|
| MICHAEL J. OVERBECK ESQ | 1615 FORUM PL #4D WEST PALM BEACH, FL 33401 | MOVERBECK@SHW-LAW.COM<br>pelsaesser@shw-law.com<br>gcummings@shw-law.com<br>jdaza@shw-law.com |

Case No. 50-2019-CA-000793-XXXX-MB

This notice is provided pursuant to Administrative Order No. 2.207

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G  Page 7 of 9

**EXHIBIT A**
**E-CALENDAR CALL FORM**
<u>Circuit Civil Division AD</u>

**Counsel for Plaintiff and counsel for Defendant shall confer on the issues outlined in this Order and complete one joint E-Calendar Call Form including all information requested (including any personal conflicts or prepaid vacations that may delay trial).**

**Upon completion of the E-Calendar Call Form, counsel shall email the complete E-Calendar Call Form to <u>CAD-DivisionAD@pbcgov.org</u> no later than the end of business day on the date of scheduled calendar call.**

**SCHEDULED CALENDAR CALL DATE**:

_____

**FOR THE TRIAL PERIOD OF**: _____

**CASE NAME:**  _____

**CASE NUMBER:** _____

**PLAINTIFF'S TRIAL COUNSEL CONTACT INFORMATION**:

Full Name: _____

Phone: _____

Primary Email: _____

Secondary Email: _____

**DEFENDANT'S TRIAL COUNSEL CONTACT INFORMATION:**

Full Name: _____

Phone: _____

Primary Email: _____

Secondary Email: _____

092021

Unique Code : CAA-FBH-BCAJJ-BJDGAEAHD-EGFGBD-G Page 8 of 9

NUMBER OF DAYS/HOURS REQUESTED FOR TRIAL/HEARING: _____

DATE PRE-TRIAL STIPULATION FILED _____

DATE MEDIATION CONFERENCE CONDUCTED: _____

**\*DATES AND SPECIFIC NATURE OF CONFLICTS DURING TRIAL DOCKET:**

_____

**\*\*PREFERRED TRIAL WEEKS**: (counsel/parties shall agree on and provide at least three weeks during the trial docket that all are available to begin trial)

_____

*The Court will only recognize the following conflicts:*

- *Prepaid vacations*
- *Personal Conflicts*

***All conflicts must indicate the date and reason for the conflict listed.***

*\*\*The preferred trial weeks are not necessarily the weeks you will be set for trial. The court will try to accommodate your requests to the best of its ability; however, the case may still be set for trial during the other weeks of the docket. The more dates you provide the greater chance of the court accommodating your requests.* Upon determination of availability for setting trial in this trial period, the Court will post the trial on the DIVISION AD website.