

# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 9/13/2022 6:03:31 PM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-BJIEIBIFB-EGGJBB-J |
| **Case Number:** | 502019CA000793XXXXMB |
| **Case Docket:** | MOTION FOR CONTINUANCE CIVIL |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html .

**The web address shown above contains an embedded link to the verification page for this particular document.



17519.1

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO:  50 2019 CA 000793 XXXX MB AD

EVERETT A. STERN,

    Plaintiff,

vs.

HARRISON GLOBAL, LLC dba BOSTON COACH,
DAV EL OF PALM BEACH, INC., and RICHARD A. GRANATA,

    Defendants.
_____/

## PLAINTIFF, EVERETT A. STERN'S, MOTION FOR CONTINUANCE AND REQUEST TO MOVE CASE TO NEXT TRIAL DOCKET

COMES NOW the Plaintiff, EVERETT A. STERN, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order continuing this matter from the trial docket commencing August 1, 2022, and requests the case be moved to the next trial docket and as grounds states the following:

1.    Plaintiff has brought a claim for damages arising out of a motor vehicle collision in January 2017.

2.    In 2017, Plaintiff had a three-level lumbar fusion from L3-S1. Unfortunately, Plaintiff suffered post operative complications and continued to experience lumbar problems.  These injuries and complications impacted Plaintiff's ability to work.

Unique Code : CAA-FBH-BCAJJ-BJIEIBIFB-EGGJBB-J Page 2 of 4

3. Subsequently, in 2019, due to ongoing symptoms, Plaintiff had the surgical hardware implanted during the lumbar fusion removed.

4. More recently, in the summer of 2021, Plaintiff underwent lumbar surgery above the fusion at L2-3. Plaintiff again developed post operative complications, resulting this time from a post operative hematoma. The hematoma was surgically evacuated, but it or another hematoma returned and was treated with weeks of oral steroids rather than surgery.

5. Plaintiff is now a candidate for lumbar fusion at L2-3.

6. Part of Plaintiff's damages claim relates to lost wages and loss of earning capacity, resulting from injuries, treatment, complications and ongoing limitations.

7. Plaintiff owns and runs a private intelligence business called Tactical Rabbit.

8. Plaintiff's personal federal tax returns and Tactical Rabbit's business tax returns for 2020 and 2021 have not yet been completed.

9. Plaintiff expected his accountant to finalize both business and personal tax returns in early 2022, but the accountant decided to retire in the spring of 2022 and advised Plaintiff she could not complete either the business or the personal returns.

10. Plaintiff diligently sought and retained a new accountant to complete the tax returns; however, the new accountant is still working on the data and has been unable to complete the returns to date.

11. In order to evaluate Plaintiff's past and future wage loss claim, Plaintiff needs the tax documents to be completed and reviewed by a retained forensic accountant.

12. Although the case is on the current docket, with prior guidance from court before the tax return issue arose, the parties selected the last three weeks of the docket for trial (beginning September 6, 2022) in order to wrap up discovery.

13. The parties were hopeful that the tax returns could be finalized, evaluated by retained experts, and discovery concluded prior to September 6, 2022.

14. Given that the returns have not yet been completed, it appears unlikely that the parties will be able to have the returns finalized and the wage loss discovery concluded before September 6, 2022.

WHEREFORE, Plaintiff requests the court to move this case to the next docket to allow the orderly completion of the tax return preparation, evaluation by the retained experts, and discovery relating to the expert opinions relating to the wage loss claim.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served through the E-Portal this __1st__ day of August 2022 to: SHANE

Unique Code : CAA-FBH-BCAJJ-BJIEIBIFB-EGGJBB-J Page 4 of 4

*A. CHERNOFF, ESQUIRE, Atty for Defs, WICKER, SMITH, O'HARA, McCOY, & FORD, PA, 515 North Flagler Drive, Suite 1600, West Palm Beach, FL 33401 (561) 689-3800 and (561) 689-9206 fax (wpbcrtpleadings@wickersmith.com) and KURT M. SPENGLER, ESQUIRE, Atty for Defs, WICKER, SMITH, O'HARA, MCCOY & FORD, PA, 390 North Orange Avenue, Suite 1000, Orlando, FL 32801 (407) 843-3939 & (407) 649-8118 fax (wpbcrtpleadings@wickersmith.com).*

>       MICHAEL J. OVERBECK, ESQUIRE
>       SCHULER, HALVORSON, WEISSER, ZOELLER,
>       OVERBECK & BAXTER, PA
>       *Barristers Building*
>       *1615 Forum Place, #4D*
>       *West Palm Beach, FL 33401*
>       *(561) 689-8180 & (561) 684-9683 facsimile*
>
>       /s/Michael J. Overbeck
>       ───────────────────────────────
>       MICHAEL J. OVERBECK, ESQUIRE
>       *Attorney for Plaintiff*
>       *Florida Bar No: 0931322*
>       *moverbeck@shw-law.com*
>       *pelsaesser@shw-law.com.*