fec.gov/data/disbursements/?committee_id=C00766105&two_year_transaction_period=2022&data_type=processed

![US flag] An official website of the United States government  Here's how you know

# Federal Election Commission
UNITED STATES —of— AMERICA

Calendar | Glossary

- Campaign finance data ▾
- Help for candidates and committees ▾
- Legal resources ▾
- About ▾

Home › Campaign finance data › Browse data › Disbursements

## Disbursements

Export

Viewing **50** filtered results for:

Data type: processed ✕ | EVERETT STERN FOR U.S. SENATE (C00766105) ✕ | 2021-2022 ✕

Clear all filters ✕

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | ACCOUNTING SERVICES | 07/21/2022 | $1,000.00 |
| EVERETT STERN FOR U.S. SENATE | ANEDOT | LA | BANKING FEES | 06/11/2022 | $3.61 |
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | CAMPAIGNS AND FINANCE | 04/08/2022 | $500.00 |
| EVERETT STERN FOR U.S. SENATE | ANEDOT | LA | CREDIT CARD FEES | 03/25/2022 | $32.66 |
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | COMPLIANCE AND EXPENSES | 03/02/2022 | $1,000.00 |
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | COMPLIANCE AND EXPENSES | 01/27/2022 | $1,000.00 |
| EVERETT STERN FOR U.S. SENATE | ANEDOT | LA | CREDIT CARD PROCESSING FEES | 12/31/2021 | $54.07 |
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | ACCOUNTING SERVICES | 12/09/2021 | $1,000.00 |
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | ACCOUNTING SERVICES | 10/29/2021 | $1,000.00 |
| EVERETT STERN FOR U.S. SENATE | CAMPAIGNS UNLIMITED | NY | ACCOUNTING SERVICES | 09/29/2021 | $1,000.00 |
| EVERETT STERN FOR U.S. SENATE | ANEDOT | LA | CREDIT CARD FEES | 06/30/2021 | $473.81 |
| EVERETT STERN FOR U.S. SENATE | ANEDOT INC. | LA | MERCHANT SERVICE FEE | 03/31/2021 | $15.94 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN OPERATIONS CONSULTING | 03/31/2021 | $849.35 |
| EVERETT STERN FOR U.S. SENATE | MMC PRODUCTIONS INC. | NC | MARKETING CONSULTING | 03/31/2021 | $5,407.50 |

| | | | | | |
|---|---|---|---|---|---|
| EVERETT STERN FOR U.S. SENATE | MMC PRODUCTIONS INC. | NC | MARKETING CONSULTING | 03/31/2021 | $5,407.50 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN OFFICE RENT | 03/31/2021 | $3,416.00 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN SECURITY SERVICES | 03/31/2021 | $2,500.00 |
| EVERETT STERN FOR U.S. SENATE | WINDER STUDIOS | TN | MEDIA ADVERTISING CONSULTING | 03/31/2021 | $1,113.53 |
| EVERETT STERN FOR U.S. SENATE | RIMON LAW GROUP | ID | LEGAL SERVICES | 03/31/2021 | $7,500.00 |
| EVERETT STERN FOR U.S. SENATE | MYMETAL BUSINESS CARDS | CA | CAMPAIGN PROMOTIONAL MATERIALS | 03/31/2021 | $562.50 |
| EVERETT STERN FOR U.S. SENATE | ENET | PA | IT - CAMPAIGN WEB DEVELOPMENT & CONSULTING SERVICES | 03/31/2021 | $1,071.50 |
| EVERETT STERN FOR U.S. SENATE | KIMPTON HOTEL | CA | TRAVEL - LODGING | 03/31/2021 | $247.55 |
| EVERETT STERN FOR U.S. SENATE | STAGE & SCREEN TRAVEL SERVICES | NY | TRAVEL - AIRFARE | 03/31/2021 | $1,667.78 |
| EVERETT STERN FOR U.S. SENATE | KING LIMOUSINE SERVICE, INC | PA | TRAVEL - TRANSPORTATION SERVICES | 03/31/2021 | $318.22 |
| EVERETT STERN FOR U.S. SENATE | AMERICAN EXPRESS | NJ | SEE BELOW | 03/31/2021 | $24,798.81 |
| EVERETT STERN FOR U.S. SENATE | ANEDOT INC. | LA | MERCHANT SERVICE FEE | 02/28/2021 | $326.35 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN OPERATIONS CONSULTING | 02/28/2021 | $849.35 |
| EVERETT STERN FOR U.S. SENATE | MMC PRODUCTIONS INC. | NC | MARKETING CONSULTING | 02/28/2021 | $6,310.00 |
| EVERETT STERN FOR U.S. SENATE | WINDER STUDIOS | TN | REIMBURSE FOR CAMPAIGN TRAVEL HOTEL & AIRFARE | 02/28/2021 | $685.99 |
| EVERETT STERN FOR U.S. SENATE | ENET | PA | FEC COMPLIANCE SERVICES | 02/28/2021 | $2,500.00 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN SECURITY SERVICES | 02/28/2021 | $5,750.00 |

Results per page: 30

Showing 1 to 30 of 50 entries

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| EVERETT STERN FOR U.S. SENATE | PERSONAL SECURITY SOLUTIONS | PA | CAMPAIGN SECURITY SERVICES | 02/28/2021 | $560.00 |
| EVERETT STERN FOR U.S. SENATE | WINDER STUDIOS | TN | MEDIA ADVERTISING CONSULTING | 02/28/2021 | $1,992.01 |
| EVERETT STERN FOR U.S. SENATE | RIMON LAW GROUP | ID | LEGAL SERVICES | 02/28/2021 | $2,500.00 |
| EVERETT STERN FOR U.S. SENATE | ENET | PA | IT - CAMPAIGN WEB DEVELOPMENT & CONSULTING SERVICES | 02/28/2021 | $5,000.00 |
| EVERETT STERN FOR U.S. SENATE | SHUTTERS ON THE BEACH | CA | TRAVEL - LODGING | 02/28/2021 | $1,713.45 |
| EVERETT STERN FOR U.S. SENATE | SHUTTERS ON THE BEACH | CA | TRAVEL - LODGING | 02/28/2021 | $4,323.00 |
| EVERETT STERN FOR U.S. SENATE | KING LIMOUSINE SERVICE, INC | PA | TRAVEL - TRANSPORTATION SERVICES | 02/28/2021 | $334.22 |
| EVERETT STERN FOR U.S. SENATE | AMERICAN EXPRESS | NJ | SEE BELOW | 02/28/2021 | $33,302.53 |
| EVERETT STERN FOR U.S. SENATE | STAGE & SCREEN TRAVEL SERVICES | NY | TRAVEL - AIRFARE | 02/25/2021 | $784.51 |
| EVERETT STERN FOR U.S. SENATE | JACK FINN COMMUNICATIONS | NV | MEDIA STRATEGY CONSULTING | 02/17/2021 | $3,500.00 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN OFFICE RENT | 01/31/2021 | $1,708.00 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN VIRTUAL OFFICE RENT | 01/31/2021 | $690.00 |
| EVERETT STERN FOR U.S. SENATE | TACTICAL RABBIT | PA | CAMPAIGN OPERATIONS CONSULTING | 01/31/2021 | $849.35 |
| EVERETT STERN FOR U.S. SENATE | PERSONAL SECURITY SOLUTIONS | PA | CAMPAIGN SECURITY SERVICES | 01/31/2021 | $5,076.00 |
| EVERETT STERN FOR U.S. SENATE | WINDER STUDIOS | TN | MEDIA BUYS & EDITS | 01/31/2021 | $966.50 |
| EVERETT STERN FOR U.S. SENATE | RIMON LAW GROUP | ID | LEGAL SERVICES | 01/31/2021 | $2,500.00 |
| EVERETT STERN FOR U.S. SENATE | KING LIMOUSINE SERVICE, INC | PA | TRAVEL - TRANSPORTATION SERVICES | 01/31/2021 | $1,715.61 |
| EVERETT STERN FOR U.S. SENATE | AMERICAN EXPRESS | NJ | SEE BELOW | 01/31/2021 | $13,505.46 |
| EVERETT STERN FOR U.S. SENATE | JACK FINN COMMUNICATIONS | NV | POLITICAL STRATEGY CONSULTING | 01/01/2021 | $10,540.50 |
| EVERETT STERN FOR U.S. SENATE | AMERICAN EXPRESS | NJ | SEE BELOW | 01/01/2021 | $10,540.50 |

Results per page: 30

Showing 31 to 50 of 50 entries