# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | | |
|---|---|---|
| MICHAEL T. FLYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:22-cv-01250 (TBS/AAS) |
| | ) | |
| EVERETT STERN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO TRANSFER VENUE

Pursuant to Local Rule 3.01(h), Plaintiff requests oral argument on Defendant's Motion to Transfer Venue and estimates that the total time necessary for argument is 30 minutes.

Dated: September 13, 2022        Respectfully, submitted

/s/ *Jason C. Greaves*
Jason C. Greaves (admitted pro hac vice)
Jared J. Roberts (Fl. Bar No. 1036550)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
            jared@binnall.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Jason C. Greaves*
Jason C. Greaves