IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.   Case No.:   8:22-cv-01250

EVERETT STERN,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO ALLOW
DEFENDANT TO APPEAR AT CMC VIA ZOOM**

Defendant, EVERETT STERN, by and through the undersigned counsel, files this Motion seeking permission too attend the CMC (Doc. 31) via Zoom or other video teleconferencing system and in support thereof would state:

1.    This is an action for defamation alleging Defendant has made defamatory statements about Plaintiff and is seeking damages from Defendant, including defamation per se damages.

2.    Defendant's primary defenses are that the statements are not actionable, because they are substantially true and accurate and also that Plaintiff has suffered no damages as a result of the statements.

3.    Defendant is an individual residing in Pennsylvania on a full time basis.

4.    As alleged in more detail in Defendant's Motion to Transfer Venue,

travel from Pennsylvania to Florida is both physically and financially challenging for Defendant.

5.  Because of the personal nature of the claims against Defendant, Defendant wishes to participate in as many proceedings in the case as possible. Even if the proceedings are not evidentiary proceedings and will not require Defendant to provide testimony, Defendant believes it would be beneficial for his defense and will enable him to provide more assistance to his counsel if he attended the hearings, including the CMC currently scheduled for October 26, 2022.

6.  Because it would be difficult for Defendant to attend the CMC in person, Defendant requests this Court authorize the use of videoteleconferencing for him to attend the hearing from his residence/office in Pennsylvania.

7.  Plaintiff's and Defendant's counsel will attend the CMC in person and this request only applies to Defendant's participation in the hearing.

WHEREFORE, Defendant requests this Court authorize the use of videoteleconferencing services at the CMC, currently scheduled on October 26, 2022 so that Everett Stern may attend and participate in the hearing from the state where he resides and works.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I have complied with Local Rule 3.01(g), and conferred with Counsel for Plaintiff in regard to the relief requested herein and

counsel's position on the motion is as stated herein – Counsel does not oppose this Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing **Appearance as Counsel** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314; on October 5, 2022.

/s/ *Dorothy V. DiFiore*
**Dorothy Venable DiFiore, Esq**., FBN: 0962139
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
dorothy.difiore@qpwblaw.com *primary*
Ronald.cochran-lafleur@qpwblaw.com *secondary*
ddifiore.pleadings@qpwblaw.com *secondary*
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile: 813-286-9998
*Counsel for Defendant*