**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1250-TPB-AAS | **DATE:** October 26, 2022 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **MICHAEL T. FLYNN**<br><br>v.<br><br>**EVERETT STERN** | **PLAINTIFF COUNSEL:**<br>Jason Greaves & Jared Roberts<br><br>**DEFENDANT COUNSEL:**<br>Dorothy DiFiore |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:50 – 11:01 a.m.<br>**TOTAL:** 11 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** INITIAL CASE MANAGEMENT CONFERENCE

Court addresses status of case. Written order will be forthcoming regarding motion to change venue (Doc. 22). Plaintiff will file motion for protective order. Defendant anticipates filing counter-claim (pro se).

Case Management Conference set June 28, 2023, at 1:30 p.m. Notice to follow.