IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff/Counterclaim Defendant,

v.                                        Case No.:   8:22-cv-01250

EVERETT STERN,

    Defendant/Counterclaim Plaintiff.

### DEFENDANT'S MOTION FOR LEAVE TO FILE A COUNTERCLAIM

Defendant, EVERETT STERN, appearing pro se, hereby files this Motion for Leave of Court to file a Counterclaim against Plaintiff for Defamation and Tortious Interference with a Business Relationship and in support thereof, Defendant states:

1. This is an action for defamation against Defendant arising out of statements made at a press conference and in various online platforms.

2. Since this action was filed, Plaintiff or those who work on behalf of Plaintiff, have engaged in a pattern of electronic activities and written letters which contain defamatory statements about Defendant and which have interfered with Defendant's business relationships. These are more specifically outlined in the attached proposed counterclaim.

3. The deadline for filing amended pleadings is December 26, 2022.

4. Discovery has not fully begun at this time and Defendant believes he can comply with all current deadlines, except the Rule 26 Disclosures deadline, which has already passed, and thus there will be no delay in this matter if the Court permits the Counterclaim.

5. The allegations in the Counterclaim arise from statements and conduct that is directly related to this action and the allegedly defamatory statements described in this action. Defendant believes this is a compulsory counterclaim that must be brought in this action.

6. Even if the claim is not a compulsory counterclaim, Plaintiff's actions which support the counterclaim arise from Defendant's statements and this lawsuit. Thus, the claims are interrelated, and the facts and evidence related to each claim will be connected and intertwined. It is believed discovery will overlap between the two claims. Thus, it would be a sound use of judicial resources to allow the counterclaim in this proceeding, even if this is not a compulsory counterclaim.

7. The parties will not be prejudiced by allowing the counterclaim, since the discovery and evidence between the claims will be significantly intertwined, and it is early in the litigation process.

WHEREFORE, Defendant, as a pro se party, requests this Court permit Defendant to file a Counterclaim against Plaintiff as set forth in the attached proposed counterclaim.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I have complied with Local Rule 3.01(g), and conferred with Counsel for all parties in regard to the relief requested herein and (include a statement on whether the motion is agreed or opposed) .

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I provided a copy of the foregoing via electronic mail to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314 and **Dorothy V. DiFiore, Esq.**, at Dorothy.difiore@qpwblaw.com; ddifiore.pleadings@qpwblaw.com on this 11th day of November, 2022.

_____
Everett Stern, pro se
60 Pottstown Pike, Suite 8
202-407-5364
Stern@EverettStern.com