UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
MICHAEL T. FLYNN, AN INDIVIDUAL,
PLAINTIFF                                                    CASE NO.:  22-CV-01250

V.

EVERETT STERN, AN INDIVIDUAL,
DEFENDANT AND COUNTERCLAIM PLAINTIFF.

**COUNTERCLAIM**

Now comes Everett Stern, pro se and for his counterclaim in the captioned matter:

**JURISDICTION AND VENUE:**

1.  This honorable Court has subject matter jurisdiction over this cause of action

    pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship

    and the amount in controversy exceeds $75,000.

2.  The defendant is subject to personal jurisdiction, because he has consented

    to the same by filing this action in this judicial district and because he is a

    resident of in Florida.

3.  The venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a

    substantial part of the events giving rise to this claim occurred in this judicial

    district.

**PARTIES:**

4.  The Counterclaim Plaintiff (Defendant in the main action), Mr. Everett Stern ("Stern" or "Plaintiff"), is an individual who is a resident and citizen of the Commonwealth of Pennsylvania.

5.  Michael T. Flynn, the Counterclaim Defendant ("Flynn" or "Defendant") s an individual who is a resident and citizen of the State of Florida.

**FACTS OF THE CASE:**

**EVERETT STERN:**

6.  Mr. Stern earned an MBA in Finance from Stetson University in May of 2010, with studies in Finance, Risk Management, Statistical Data Analysis and Applied Research. (Stetson University is ranked near the top 1/3 of US MBA programs. It is ranked No. 132 out of 328 in U.S. News' 2022 Best Online MBA Programs.) He earned a BA in Liberal Arts from Florida Atlantic University in May of 2008, with studies in Middle Eastern Studies, Economics, Statistics, Political Economy and Foreign Policy. Thus, Stern was well equipped educationally to assume his subsequent employment discussed below.

7.  He is a patriotic person of high personal integrity, who believes that his activities are very much to the benefit of the US democracy. In fact, Stern is

a public figure as Flynn himself as acknowledges in the Complaint Para.by stating that "Everett Stern is a politician" and "Stern contrived a public persona as the "whistleblower".

8. Mr. Stern was professionally employed as an Anti-Money Laundering Officer at HSBC October 2010 through October 2011. On September 26, 2011, Stern took a medical leave of absence from HSBC due to discrimination, harassment and retaliation, having been subjected to several anti-Semitic comments and having been twice demoted for reporting illegal money laundering activity to his superiors at HSBC. Stern was first demoted in February 2011 to the Alert Team and then demoted again in June 2011 to the Low-Risk Alert Team. In November 2011, Stern entered into a Separation Agreement and Release with HSBC, settling his retaliation and discrimination employment claims against HSBC.

9. See: https://en.wikipedia.org/wiki/Everett_Stern, https://www.amazon.com/ Dark-Money-Private-Spies-Everett/dp/1647045789. Also, Who What Why Article entitled Grooming a Traitor, How was Michael Flynn Allowed to Become a General? https://whowhatwhy.org/cartoon/grooming-a-traitor-how-was-michael-flynn-allowed-to-become-a-general/

**MICHAEL T. FLYNN:**

MICHAEL T. FLYNN has, as is public knowledge, a checkered history at best:

10. Flynn is a retired United States Army lieutenant general who was the
24th U.S. National Security Advisor[1] for the first 22 days of
the [Donald]Trump administration. He resigned, considering reports that he
had lied regarding conversations with Sergey Kislyak. Flynn's military
career included a key role in shaping U.S. counterterrorism strategy and
dismantling insurgent networks in the Afghanistan and Iraq Wars, and he
was given numerous combat arms, conventional, and special
operations senior intelligence assignments. He became the 18th director of
the Defense Intelligence Agency in July 2012 until his forced retirement
from the military in August 2014.  During his tenure he gave a lecture on
leadership at the Moscow headquarters of the Russian military intelligence
directorate GRU, the first American official to be admitted entry to the
headquarters.

*After leaving the military, in October 2014 he established Flynn Intel Group, which*
*provided intelligence services for businesses and governments, including in Turkey.*

11. In February 2016, Flynn became a national security advisor to Trump for his
2016 presidential campaign.  In March 2017, Flynn retroactively registered
as a foreign agent, acknowledging that in 2016 he had conducted
paid lobbying work that may have benefited Turkey's government…On

January 22, 2017, Flynn was sworn in as the National Security Advisor.On February 13, 2017, he resigned after information surfaced that he had misled Vice President Mike Pence and others about the nature and content of his communications with Russian ambassador to the United States Sergey Kislyak. Flynn's tenure as the National Security Advisor is the shortest in the history of the position.

12. In December 2017, Flynn formalized a deal with Special Counsel Robert Mueller to plead guilty to a felony count of "willfully and knowingly" making false statements to the FBI about the Kislyak communications, and agreed to cooperate with the Special Counsel's investigation. On November 25, 2020, Flynn was issued a presidential pardon by Trump. On December 8, 2020, Judge Sullivan dismissed the criminal case against Flynn, stating he probably would have denied the Justice Department motion to drop the case.

13. On July 4, 2020, Flynn pledged an oath to the pro-Trump QAnon conspiracy theory, and as Trump sought to overturn the results of the 2020 presidential election in which he was defeated, Flynn suggested the president should suspend the Constitution, silence the press, and hold a new election under military authority. Flynn later met with Trump and their attorney Powell in the Oval Office to discuss the president's options. Trump denied reports that Flynn's martial law idea had been discussed. On January 8,

2021, Twitter permanently banned Flynn, Powell and others who promoted

QAnon. (Excerpted from Wikipedia Article, c.f. https://en.wikipedia.org/

wiki/ internal hyperlinks removed for readability, references retained. Emph.

supp.)

14. In addition to being a QAnon member, on information and belief, Flynn is a

staunch devotee and public proponent of Trump's thoroughly debunked and

discredited false MAGA "stop the steal" initiative, who, with other similarly

involved persons is currently under investigation, an association which he is

using to aggrandize and profit financially from.   On information and belief,

is likely to shortly be indicted by the US Justice Department for crimes

against the People of the United States. During the waning days of the

Trump administration, he urged Trump to declare martial law and call up the

national guard to seize voting machines, an initiative which luckily never got

off the ground.

15. U.S. District Judge Emmet Sullivan rebuked Flynn during his sentencing

hearing in December 2021 after his conviction for making false-statements

to the FBI felony, charges for which, absent a full presidential pardon, he

could have faced a maximum sentence of 5 years in prison.  Judge Sullivan

openly questioned whether Flynn might have been charged with treason for

operating as an undeclared agent of a foreign power while serving as

National Security Advisor, suggesting that Flynn had dishonored the flag

that was displayed in the courtroom, and said "arguably you sold your

country out."  U.S. v. Michael T. Flynn (1:17-cr-232, District of Columbia).

16. Michael Flynn's more recent record of subversion is, if such a thing is

possible, even more alarming for freedom loving Americans:

a. In September 2022, Flynn called for a military coup against the U.S.

government. He argued that, just like what happened in Myanmar, our

military should seize power and overthrow the democratically elected US

government. One commentator went so far as voice his fears, "…that we

should all be alarmed when a former presidential appointee and general

officer who swore and oath of allegiance so blatantly turns his back on

American democracy."

b. Likewise in the 5th *January 6, 2020 Insurrection* hearing conducted by the

1/6 Committee of the US Senate held on June 28, 2022, the committee

played taped testimony from Michael Flynn, who refused to answer whether

he thought the violence of January 6, 2020 was justified or whether he

supported a peaceful transition of power from the Trump administration to

Joseph Biden, after consultation with legal counsel invoked his Fifth

Amendment right against self-incrimination. As one attorney and longtime

CNN legal expert, Jeffrey Tubin, commented after listening to the testimony,

it is highly unusual for anyone to take the 5th Amendment when these types of questions are posed. However, this can only indicate that Flynn is afraid of being found to have acted in violation of his oath of office taken several times to protect and defend the Constitution of the US, including when he was sworn in as a general officer and as Trump's national security adviser.

As this authority stated, based on his own experience, it is widely said that one does not do so, unless they are afraid that they may have committed a crime. This unprecedented refusal by Defendant has been seized upon by several observers in addition to Judge Sullivan as he potentially tyrannous and seditious.  Others have levied such charges with relation to his advice to Trump to overthrow the federal government.  For example, see: The Progressive Magazine article at https://progressive.org/latest/pay-attention-risk-of-martial-law-rothschild-201223/

17. In summary, since one must have a reputation capable of being defamed, it is difficult to grasp how Flynn, with his soiled reputation, could possibly prevail in the underlying case against Stern. For he is far from the lily-white hero that he paints himself to be in the Publisher's Letter and in his Complaint. Stern, in stark contrast, has a stellar professional and personal reputation as a truth teller which Flynn continues to libel and does so with a malice consistent with his fanatical, opportunistic and amoral nature.

18. In October 2010, Mr. Stern took a professional position as an anti-money laundering (AML) compliance officer for HSBC in their New Castle, Delaware office where he monitored the bank's Middle Eastern transactions. Stern identified many suspicious transactions tied to terrorist groups in the Middle East, such as Hamas and Hezbollah. Specifically, he uncovered a multinational money-laundering network that generated millions of dollars for Hezbollah through the Lebanese brothers Ali, Husayn, and Kassim Tajideen through their Gambia-based company, Tajco Ltd. Stern sent numerous alerts and was repeatedly ignored by his HSBC supervisor. After several such episodes, Stern made contact with the FBI and CIA, which began to investigate HSBC. Self-directed, Stern continued to collect and pass information to the CIA regarding HSBC's blatant abuse and manipulation of wire filters to approve illegal wire transfers. He left HSBC in October 2011. By the summer of 2012, the inquiry had broadened to the bank's money laundering operations in the Middle East, Mexico, Iran, Sudan, and North Korea. (Excerpted from Wikipedia. highlights and footnotes removed.)

19. In February 2013, Stern was first featured as an HSBC whistleblower in *Rollin g Stone* magazine article entitled *Gangster Bankers: Too Big to Jail*. In February 2018, Stern was featured as an HSBC whistleblower in the Netflix series *Dirty Money*.

20. The near reverence with which Stern is held by members of the CIA and others both within and without the government for his investigative skills as well as his courage, sense of justice and patriotism is showcased in an unaltered dedication to one of Stern's several professional publications[1] as follows:

*I have a deep admiration and respect for Everett [Stern] and the critical role he played in helping illuminate terrorist money laundering at a major international bank. Not many people on this planet would have the courage, fortitude, intelligence, and strong sense of morals and ethics to do what he did. He has remained true to his core beliefs and sense of justice, integrity, and doing what is right at his position as founder and CEO of his private security and intelligence company, Tactical Rabbit. Everett and Tactical Rabbit take on clients who have been wronged in some way and who need the capabilities and advocacy of his company to right an injustice. I only wish that this country had more men like Everett who were willing to use their unique skill set to right what is wrong and to take principled, moral, and just stands on the myriad of threats and issues that face us here in the Homeland. I am humbled to call Everett both a personal friend and professional colleague in this ongoing struggle against all forms of injustice and*

_____

*extremism. Please enjoy this true-life story of an unsung American hero.*

*-Undisclosed CIA Officer.*

21. Despite these peans, Flynn dares to malign Stern *inter alia*, by uttering the following compound falsehood:

*The investigation and fine of HSBC, however, are a matter of public record, and that record does not include Stern. By Stern's own admission, in his "Government Submission," dated March 11, 2013, he had nothing to do with the $1.92 billion fine of HSBC or the investigation that preceded it."* Excerpt from a letter from Flynn's Counsel to Ms. Kathy Meis, CEO Bublish, Inc., 75 Port City Landing, Suite 110 Mount Pleasant, SC 29464 (the "Publisher") entitled *Defamation of Lt. Gen. Michael T. Flynn (ret.) and Notice of Obligation to Preserve Documents* dated September 8, 2922 ("Publisher Letter", pg. 2. A true and correct copy of the Publisher Letter is attached as Exhibit A hereto.

22. Flynn, throughout the Complaint and Publisher Letter, falsely charges Stern with being a "habitual liar" and of basing his entire reputation and career on a sham or "fabrication". On pg. 1 of the Publisher Letter, Stern is portrayed as a "*troubled individual who has publicly declared—on multiple occasions —his hatred and animus toward Gen. Flynn and his family"*. (Emph. Supp.) However, no substantiation of these state-of-mind accusations is given.

Stern's fulfillment of his professed duties to accurately relate his findings as an investigator and to beat the tocsin of warning as a United States citizen prove neither that he is unstable nor that he bears the Flynn clan any special wrath. Surely more, much more, than such conjecture and fabrication is required to establish the degree of malice required to charge a public figure like Stern, an Independent candidate for the U.S Senate.  The truly malicious person is the accuser himself. The use of the word "troubled" is especially potent as in context it conveys in a single word the supposed mental illness, unsteadiness of character and general lack of credibility of Stern.  Defendant has absolutely nothing to back this deprecating usage upon nor does he provide any.

23. Rather, these characterizations were made up out of whole cloth by Flynn without justification and are designed to humiliate and discredit Stern professionally for the purpose of destroying his business relationship with the Publisher and others and thereby removing him as a detractor.

24. There are additional proofs of Stern's stellar reputation and attempts to defame it by Flynn, events which will be adduced at trial as deemed necessary.

25. The Publisher Letter goes on to accuse the Publisher of participating in the alleged defamation merely by virtue of knowingly publishing it.

**ALLEGATIONS:**

**COUNT I**
**(Defamation and Defamation Per Se of a Public Figure)**

26. Stern re-alleges and incorporates paragraphs 1 through 25.

27. Starting in 2021, and continuing to the present, Defendant Flynn has engaged in a campaign of malicious defamation against Stern, repeatedly asserting what he knows to be false, including the following:

   a. At Para 16 of his meticulous Complaint, Flynn alleges that "Defendant's story is a fantasy, a fabrication and Stern a "habitual liar". Flynn contemptuously avers that "*Defendant's claim to have been responsible—even partly responsible—for the $1.92 billion in fines imposed on HSBC by the U.S. government in 2012 is a lie, told by Defendant ad nauseum to bolster his paltry resume*."  However, as we have seen above, far from a trifling resume, Stern's education and background is supremely well tailored to the tasks he has so successfully undertaken (See Para **X** above.).

   b. Flynn thus adds an element of ridicule, derision and humiliation to the mix to discredit Stern as a professional. At Para 16 of the complaint, he states that "*...the investigation and fine of HSBC, however, are a matter of public record, and that record does not include Stern. By Stern's own*

*admission, in his "Government Submission," dated March 11, 2013, he had nothing to do with the $1.92 billion fine of HSBC or the investigation that preceded it."* No such admission appears in such document and the statement is itself inconsistent by Flynn's overall theme that Stern is one so given to self-promotion and glorification and vice versa.  It strains credulity that Stern would make a statement so fundamentally opposed to his own personal and professional interest.

c.  At Para 21 of the Complaint, Defendant Flynn alleges that Stern *"... has fabricated his entire public persona as the whistleblower who took down HSBC..."*

28. The defamatory statement published ad nauseum throughout the Complaint clearly show the loathing and contempt in which Flynn, without justification in fact, holds Mr. Stern.  While we are not charged with surmising the reasons for Flynn's animosity, perhaps Flynn considers Stern a rank upstart in the intelligence industry (whom, to add insult to injury, dares to be successful at it) in which Flynn himself prides himself, which may explain his malice toward his competitor, Stern, a Jew.  {Or perhaps Flynn's inherent prejudice against religious organizations other than Christianity, including

Israel and Judaism,[2] bears on it such activity.} But the reality is that while these factors are inspiring, what is most essentially motivating for Flynn is the necessity to discredit his outspoken opponent and so remove him as a stumbling block to his rise to power who is frequently quoted in the media. He thus seeks to chill Stern's exercise of freedom of speech guaranteed to him by the First Amendment to the US Constitution, using the courts as his offensive weapon. The tryer of fact must take these factors into account when judging, inter alia, Flynn's maliciousness.

29. Stern's direct observation of and successful involvement in the private investigation and reporting fine of HSBC is well documented in the media and is beyond dispute. There are numerous examples of this recognition and, indeed public affirmation too numerous to list in this counterclaim, but which will be introduced at trial. Thus, Flynn's utterances above are intentional and knowing falsehoods and a complete fabrication, exceeding all bounds of reason and common decency.

30. Flynn's erroneous allegations even if viewed in the most favorable light for Defendant, demonstrate a total absence of due diligence and bald and reckless disregard for the truth and thus demonstrate extreme malice and his

---

[2] {Flynn has taken overt actions which expose his animus against Jews. For example: retweeting a highly anti semetic statement with later questionable retraction.}

dreadful animus directed against Stern as demonstrated, inter alia, by Flynn's own false allegations in the Complaint and thus constitute judicial admissions.

31. Flynn's many false statements made in the Publisher Letter were defamatory statements directed at Stern, a Pennsylvania resident.

32. Defendant published the defamatory statements in the Publisher Letter and reiterated them in detail in his Complaint, a public document, knowing that they were false or with reckless disregard for the truth.

33. The defamatory statements constitute defamation *per se* because they tended to injure Stern in his trade, business, or profession and directly accused Stern of tricking and defrauding his clients and others into believing that his credentials included whistleblowing when as alleged, he had no such background.

34. The defamatory statements have directly and proximately caused Stern to suffer significant reputational damages in Pennsylvania and throughout the United States, and indeed internationally since his investigation business is international in scope, including damage to his reputation, humiliation, embarrassment, and mental anguish, all of which are ongoing in nature and will be suffered in the future. These damages were foreseeable by Flynn.

35. Defendant published the defamatory statements knowingly, intentionally, willfully, wantonly, and maliciously, with intent to harm Stern, and/or in blatant disregard for the substantial likelihood of causing him reputation harm internationally and, particularly in his home state of Pennsylvania, thereby entitling Stern to an award of substantial punitive damages.

36. As a direct and proximate result of the misconduct of Defendant, Stern is entitled to compensatory, special, and punitive damages in an amount to be proven at trial.

**COUNT II**

**(Injurious Falsehood)**

37. Stern re-alleges and incorporates paragraphs 1 through 36 as if fully rewritten herein.

38. Stern is actively engaged in an information-based business. Flynn's false statements, accusing Stern of being a professional fraud and a liar, directly concern his business which relies upon Stern's reputation as a diligent and honest investigator, fact broker and business owner, D/B/A Tactical Rabbit, LLC.

39. Defendant fully intended for his false statements to destroy Stern's reputation, to ruin his ability to participate in politics, elections, as a senatorial candidate and to discredit him with the voting public generally,

and to harm him financially. Defendant, a self-proclaimed businessperson reasonably recognized and intended that the publication of his statements about Stern would result in reputational and pecuniary losses. Defendant has explicitly stated his intent to thereby damage and if possible, destroy Stern's pecuniary interests and to target his business.

40. Flynn has sought to use his self-promoted status as a retired US General Officer to lend credibility to this disparagement and to attempt to bully Stern into submission and silence.

41. Mr. Stern has suffered direct pecuniary losses as a result of Defendant's false accusations and lies, including without limitation, costs associated with lost business opportunities and money spent to defend his own reputation, in an amount to be proven at trial.

**COUNT III**

**(Tortious Interference with Advantageous and Business Relations)**

42. Stern re-alleges and incorporates paragraphs 1 through 41 as if fully rewritten herein.

43. Flynn, in addition to the foregoing, has intentionally ruined a third-party business relationship of Stern's. interference arises within the business context as a breach of contract, to wit, an advantageous business relationship

under contract between two parties, an ongoing publishing arrangement with the Publisher, who has sent email to Flynn inquiring as to its potential liability exposure arising from or relating to the Publication. Allegations of libel, levied against Publisher however false they may be, tend to discourage it from continuing to honor its contractual duties owed to Stern, especially but not exclusively as to new books, pamphlets and other publications which Stern may wish published at favorable rates and royalties which may not otherwise be available, of which Plaintiff will adduce evidence at trial. Similarly, other prospective and vendors and lenders will be less likely to deal with or extend credit to Tactical Rabbit, which is an LLC solely owned and operated by Plaintiff, and/or to him personally because of the negative pall cast over them by the Publication at all or will only do so at higher rates and costs and more onerous terms than would otherwise be available which Plaintiff will adduce evidence of at trial.  The Publisher is under no contractual obligation to Stern or his company not to release such third party supplied misinformation, whether by accident or intentionally. Additionally, Flynn, if not forbidden to do so, will on information and belief continue to malign their reputation to the community. These false charges will continue to reduce Stern's livelihood and that of his family, for the foreseeable future unless he can be stopped as prayed for herein.

44. Alternately, Flynn has interfered tortiously with a variety of advantageous and valuable customer, contacts, and business relationships by impermissibly defiling Stern's good name.

45. Defendant Flynn's Complaint contains a majority deal of repetitive, erroneous, conjectural, and scandalous matter, indeed in such volume that that it cannot effectively be cataloged herein.  Florida and Pennsylvania both recognize the right to petition a court to have such objectionable matter stricken.  See Fla. R. Civ. P. 1.140(f): …redundant, immaterial, impertinent, or scandalous matter [may be stricken] from any pleading." See also 231 Pa. Code § 1028 (a) (2): "failure of a pleading to conform to law or rule of court or inclusion of scandalous or impertinent matter" is grounds for objection. The foregoing is cited as an example of the kinds of remedial action this Court sitting in equity ought to Order and is not intended as nor deemed a pleading to the Complaint.

46. In addition, Court imposed sanctions are appropriate, based on the unsupported accusations made by counsel complained of by Stern hereinabove. Rule11(b) admonishes in pertinent part that:

By presenting to the court a pleading, …whether by signing, filing, submitting, or later advocating it—an attorney …certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, [and]…

(3) the factual contentions have evidentiary support …

**PRAYER FOR RELIEF:**

WHEREFORE, Plaintiff, Everett Stern, demands judgment against Defendant, Michael Flynn and/or moves the Court, for the following relief:

a. An award of compensatory, special, and punitive damages of two hundred and fifty million dollars ($250,000,000);

b. Injunctive relief, including without limitation, a preliminary restraining order under Federal Rule 65 (a), prohibiting the further publication or republication of the defamatory statements and of further interference by Flynn against Stern in his business and political activities, based on the immediate irreparable injury which will be occasioned thereby for which a purely monetary remedy is inadequate and the strong likelihood that Stern will prevail at trial;

c.  An award of Stern's costs associated with this action, including but not limited to his reasonable attorneys' fees if any, and expenses;

d.  Retraction and removal of all "… redundant, immaterial, impertinent, or scandalous matter from any pleading." Fla. R. Civ. P. 1.140(f).  Since so much of the material contained within the Complaint falls into one or more of these four categories, Plaintiff Stern proposes to edit the same subject to reasonable approval of Flynn's Counsel, to remove the objectionable material in the interest of judicial economy if the Court so orders, and;

e.  Such other and further relief as the Court deems just and appropriate to protect Stern's rights and profession and livelihood and to punish Flynn for his bad acts and discriminatory behavior, in the interest of deterring others from engaging in similar practices in the future and for purposes of protecting the citizens of the State of Florida and elsewhere in the several United States therefrom.

**DEMAND FOR JURY TRIAL:**

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 16, 2022

Respectfully submitted,

By: /Everett Stern/

(*Pro se*)

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I have complied with Local Rule 3.01(g), and conferred with Counsel for all parties in regard to the relief requested herein and (include a statement on whether the motion is agreed or opposed) .

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I provided a copy of the foregoing via electronic mail to: Counsel for Plaintiff, **Jared J. Roberts, Esq.** and **Jason C. Greaves, Esq.**, at jared@binnall.com, jason@binnall.com, Binnall Law Group, PLLC, 717 King Street, Suite 200, Alexandria, VA 22314 and **Dorothy V. DiFiore, Esq.**, at Dorothy.difiore@qpwblaw.com; ddifiore.pleadings@qpwblaw.com on this 15th day of November, 2022.

Everett Stern, pro se
60 Pottstown Pike, Suite 8
Chester Springs, PA 19425
Phone: 202-407-5364
Email: Stern@EverettStern.com