UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| MICHAEL T. FLYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 8:22-cv-01250 (TBS/AAS) |
| ) | |
| EVERETT STERN, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR LEAVE TO FILE A COUNTERCLAIM**

Without waiving any legal remedies or responses to Defendant Stern's proposed counterclaim, Michael T. Flynn, by counsel, does not oppose Defendant Stern's motion for leave to file a counterclaim.

Dated: December 5, 2022                Respectfully, submitted

/s/Jason C. Greaves
Jason C. Greaves (*pro hac vice*)
Jared J. Roberts, Fl. Bar No. 1036550
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
       jared@binnall.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves (*pro hac vice*)

*Counsel for Plaintiff*
