# EXHIBIT 1



**Jason Greaves**
OF COUNSEL

D: 571-467-0003
E: jason@binna .com

September 9, 2022

**BY EMAIL**

Ms. Kathy Meis, CEO
Bublish, Inc.
75 Port City Landing, Suite 110
Mount Pleasant, SC 29464
kathy@bublish.com
info@bublish.com

      RE:   Defamation of Lt. Gen. Michael T. Flynn (ret.) and
              Notice of Obligation to Preserve Documents

Dear Ms. Meis,

      This law firm represents Lt. Gen. Michael T. Flynn (ret.) ("Gen. Flynn"), and I write to inform you that you have published material that is defamatory of my client and to demand its removal and retraction. By this letter, you are on notice of imminent litigation and your legal obligation to preserve and retain all documents, recordings, research, and communications relating to this publication, and to Gen. Flynn.

      In August 2022, you published a book titled, "Official Michael T. Flynn Report to the DOJ," by Everett Stern. This so-called report includes multiple defamatory accusations against Gen. Flynn, including that he has "organized and mobilized" various "right-wing groups, such as the Oath Keepers, with thousands of branches numbering millions of followers" into "a tactical unit" and that he controls "paramilitary groups being organized in Nebraska, Virginia and Oklahoma" for the purpose of overthrowing the U.S. Government. It accuses him of committing treason and of committing or attempting to commit extortion. All of this is a false and malicious attack on Gen. Flynn, made by a troubled individual who has publicly declared—on multiple occasions—his hatred and animus toward Gen. Flynn and his family.

      Stern has a documented, public history as a self-promoting fabulist. Bublish had ample reason to know and believe that his allegations were false prior to publication, but instead chose to recklessly spread his lies.

Months before your publication, Gen. Flynn filed a $250 million defamation lawsuit against Stern for the exact same lies repeated by Bublish.[1] Bublish knew or should have known of the lawsuit. Not only was that case reported in the media, but Stern himself publicized the lawsuit incessantly on Twitter and YouTube, starting on June 1, 2022. I have attached a copy of the lawsuit for your convenience.

Gen. Flynn's lawsuit unequivocally denies all of Stern's accusations and shows evidence from Stern's own writings and Twitter feed that Stern acted with actual malice toward Gen. Flynn. In addition, it prominently debunks Stern's false claim to have provided intel that supposedly brought down terrorist networks, resulting in a $1.92 billion dollar fine of HSBC. Multiple times within your publication, Stern proclaims himself and his allegations against Gen. Flynn to be "above reproach" because of his supposed involvement in the HSBC investigation. The investigation and fine of HSBC, however, are a matter of public record, and that record does not include Stern. By Stern's own admission, in his "Government Submission," dated March 11, 2013, he had nothing to do with the $1.92 billion fine of HSBC or the investigation that preceded it. He worked for HSBC for barely a year, straight out of school—again, a matter of public record.

Stern and his company, Tactical Rabbit—which Stern ridiculously calls the "private CIA" and is an additional clue that Stern is less than credible, given his utter lack of intelligence credentials—have also been sued for defamation by Oleg Firer.[2] Stern publicly accused Firer, a U.S. diplomat, of being a Russian spy because he posed for a photograph with Vladimir Putin at a diplomatic function. The Firer lawsuit also exposes Stern as a "serial conspiracy theorist" who recklessly disregards the truth. Bublish knew or should have known about this lawsuit because Stern repeatedly publicized it as well. I have attached a copy for your convenience.

Also publicly available at the time of your publication, is the fact that Stern was charged on April 8, 2022 with impersonating an officer.[3] According to the sworn declaration of the arresting officer, Stern admitted to using a red and blue flashing light to pull over a vehicle filled with young women. According to those women, Stern identified himself as "federal" or a "federal officer."[4] I have included a copy of the Criminal Complaint and Summons for your convenience.

---

[1] *Flynn v. Stern*, No. 8:22-cv-1250-TPB-AAS (M.D. Fl., filed May 31, 2022).
[2] *Firer v. Stern*, No. 2022-006100-CA-01 (Miami-Dade Cnty., Fl., filed May 26, 2022).
[3] *Commonwealth v. Stern*, No. CP-15-CR-0002123-2022 (Chester Cnty, Pa. 2022).
[4] Bryce Schuele, *US Senate candidate with Florida ties accused of impersonating a federal agent*, WUFT (July 27, 2022), *available at* https://www.wuft.org/news/2022/07/27/us-senate-candidate-with-florida-ties-accused-of-impersonating-a-federal-agent/.

Bublish was on notice that the specific allegations in Stern's publication were maliciously false. Moreover, Bublish's disregard for the numerous red flags that discredited Stern make its publication particularly egregious.

Litigation in this matter is imminent. With this letter you are on notice of your ongoing obligations to preserve documents related to Gen. Flynn, Everett Stern, and the August 2022 publication authored by Stern. Accordingly, you must ensure that you and your principals, parent companies, affiliates, agents, subcontractors, reporters, editors, and all sources of information upon which you relied are preserving and retaining all emails, text messages (including messages sent over social media or messaging platforms such as Facebook, Signal, WhatsApp, Telegram, etc.), audiovisual recordings, voice mails, drafts, notes, communications, documents (including prior versions or iterations of documents), data, and electronically stored information of any kind that relate in any way to these matters. Without any limitation, this requires you to preserve all research and due diligence you conducted or instructed others to conduct relating to Gen. Flynn.

The laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner as they do to other evidence. Due to its format, electronic information is easily deleted, modified, or corrupted. Accordingly, you must take every reasonable step to preserve this information until this matter is resolved. This may include, but would not be limited to, an obligation to discontinue all data destruction and backup data recycling policies and procedures on any devices within your possession, custody, or control. This also obligates you to change the settings on any online messaging application or account to retain all messages. Your obligation to preserve documents applies both to you individually, and to any employee or agent.

Confirm receipt of this letter and confirm you intend to adhere to your obligations to remove and retract the Stern publication, and confirm you shall retain documents, data, communications, and information as set forth above and as required by law. This is not a complete recitation of Gen. Flynn's rights and remedies, all of which are expressly reserved.

I look forward to your prompt response

Sincerely,

Jason Greaves

Attachments