IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL T. FLYNN,

    Plaintiff,

v.                                          Case No.:    8:22-cv-01250

EVERETT STERN,

    Defendant and
    CounterPlaintiff,

v.

MICHAEL T. FLYNN,

    CounterDefendant,
_____/

## JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

    BY SIGNING BELOW, the parties, MICHAEL T. FLYNN, as Plaintiff and EVERETT STERN, both as Defendant and Counterclaim Plaintiff, hereby stipulate to dismiss, with prejudice, all claims raised herein whether in the Complaint, the Affirmative Defenses, or the Counterclaim.

    By affixing my signature below, I signify I am in agreement that my currently pending claim or counterclaim should be dismissed, with prejudice. Everett Stern, as a pro-se Counter claim Plaintiff has signed on his own behalf, otherwise the signatures of counsel are affixed pursuant to the authority of the clients represented.

Dated: __January 23, 2023__

_____
**Jason C. Greaves, Esq.**,
(admitted pro hac vice)
**Jared J. Roberts, Esq.** FBN: 1036550
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: 703-888-1943
Fax: 703-888-1930
jared@binnall.com,
jason@binnall.com
*Counsel for Plaintiff and Counterclaim Defendant, Gen. Michael T. Flynn,*

Dated: __January 23, 2023__

*/s/ Dorothy V. DiFiore*
**Dorothy Venable DiFiore, Esq.**,
FBN: 0962139
QUINTAIROS, PRIETO, WOOD
    & BOYER, P.A.
dorothy.difiore@qpwblaw.com
ddifiore.pleadings@qpwblaw.com
1410 North Westshore Blvd.,
Suite 200
Tampa, FL 33607
Telephone: 813-286-8818
Facsimile:  813-286-9998
*Counsel for Defendant, Everett Stern*

Dated: _____

_____
Everett Stern, MBA, Pro Se
60 Pottstown Pike, Suite 8
Chester Spring, PA 19425
Telephone: 703-408-4873
stern@everettstern.com
*Counterclaim Plaintiff*